# United States Patent Office

**968,566**
Registered Sept. 18, 1973

## PRINCIPAL REGISTER
### Trademark
### Service Mark
### Collective Membership Mark

Ser. No. 381,518, filed Jan. 21, 1971

# OLYMPIC

United States Olympic Committee (United States non-profit corporation)
57 Park Ave.
New York, N.Y.   10016

For: APPARATUS SOLD AS A UNIT FOR PLAYING A BOARD OR SIMILAR TYPE PARLOR GAME; EDUCATIONAL TOYS; REGULAR AND WARM-UP UNIFORMS USED IN CONNECTION WITH TRACK AND FIELD GAMES; HELMETS; AND TRACK SHOES, in CLASS 22 (INT. CL. 28).
First use at least as early as 1960; in commerce since at least 1960.

For: JEWELRY, TIE CLIPS, LAPEL PINS, CUFF LINKS, MONEY CLIPS, CHARMS, MADE IN PART OF PRECIOUS AND SEMI-PRECIOUS METALWARE, in CLASS 28 (INT. CL. 14).
First use at least as early as 1932; in commerce since at least 1932.

For:   GLASSWARE — NAMELY,   TUMBLERS, BOWLS AND DISHES—in CLASS 33 (INT. CL. 21).
First use at least as early as 1964; in commerce since at least 1964.

For: WRITING PAPER, STATIONERY, NAPKINS AND SHEET PAPER, in CLASS 37 (INT. CL. 16).

First use at least as early as 1948; in commerce since at least 1948.

For: PRINTS AND PUBLICATIONS, INCLUDING PAMPHLETS, BOOKS, MANUALS, NEWSLETTERS, BROCHURES, PROGRAMS AND FILMS, in CLASS 38 (INT. CL. 16).
First use at least as early as 1948; in commerce since at least 1948.

For: SOUVENIRS, PINS, TROPHIES, PLAQUES, MEDALLIONS, MEDALS, BANNERS, PATCHES AND EMBLEMS, in CLASS 50 (INT. CLS. 14, 20, 24, and 26).
First use at least as early as 1932; in commerce since at least 1932.

For: ADVERTISEMENTS TO RAISE MONEY TO SUPPORT THE OLYMPIC GAMES, in CLASS 101 (INT. CL. 35).
First use at least as early as 1920; in commerce since at least 1920.

For: INDICATING MEMBERSHIP IN APPLICANT, in CLASS 200.
First use at least as early as 1932; in commerce since at least 1932.

Owner of Reg. No. 789,795.

# United States Patent Office

**980,734**
Registered Mar. 26, 1974

## PRINCIPAL REGISTER
### Trademark
### Service Mark
### Collective Membership Mark

Ser. No. 381,519, filed Jan. 21, 1971



United States Olympic Committee doing business as United States Olympic Association
57 Park Ave.
New York, N.Y.   10016

For: LUGGAGE, TRAVEL BAGS, BRIEFCASES, PORTFOLIOS AND POCKET BOOKS, in CLASS 3 (INT. CL. 18).
First use at least as early as 1956; in commerce at least as early as 1956.

For: METAL SHIELD, METAL DESK SPINNER AND BELT BUCKLE, in CLASS 14 (INT. CL. 6).
First use at least as early as 1958; in commerce at least as early as 1958.

For: GOGGLES, in CLASS 26 (INT. CL. 28).
First use at least as early as 1960; in commerce at least as early as 1960.

For: JEWELRY, TIE CLIPS, LAPEL PINS, CUFF LINKS, MONEY CLIPS, CHARMS MADE OF PRECIOUS AND SEMI-PRECIOUS METALWARE, in CLASS 28 (INT. CL. 14).
First use at least as early as 1932; in commerce at least as early as 1932.

For: GLASSWARE—NAMELY, TUMBLERS AND BOWLS—in CLASS 33 (INT. CL. 21).
First use at least as early as 1964; in commerce at least as early as 1964.

For: STATIONERY, NAPKINS, PAPERWEIGHTS, AND SHEET PAPER, in CLASS 37 (INT. CL. 16).
First use at least as early as 1948; in commerce at least as early as 1948.

For: PAMPHLETS, BOOKS, MANUALS, NEWSLETTERS, BROCHURES, PROGRAMS AND FILMS, in CLASS 38 (INT. CL. 16).
First use at least as early as 1948; in commerce at least as early as 1948,

For: UNIFORMS, JACKETS, COATS, PANTS, SHIRTS, HATS, AND CAPS, HOSIERY, SHOES AND TIES, in CLASS 39 (INT. CL. 25).
First use at least as early as 1960; in commerce at least as early as 1960.

For: SOUVENIERS, PINS, TROPHIES, PLAQUES, MEDALLIONS, MEDALS, BANNERS, PATCHES AND EMBLEMS, in CLASS 50 (INT. CLS. 14, 20, 24 and 26).
First use at least as early as 1932; in commerce at least as early as 1932.

For: ADVERTISEMENTS TO RAISE MONEY TO SUPPORT OLYMPIC GAMES, in CLASS 101 (INT. CL. 35).
First use at least as early as 1958; in commerce at least as early as 1958.

For: PROMOTING, PUBLICIZING, AND CONTROLLING THE PARTICIPATION OF THE UNITED STATES IN THE OLYMPIC AND PAN AMERICAN GAMES; REPRESENTING THE UNITED STATES BY SELECTING AND OBTAINING THE MOST COMPETENT AMATEUR REPRESENTATION FOR COMPETITIONS AND EVENTS OF THE OLYMPIC AND PAN AMERICAN GAMES; AND ORGANIZING THE OLYMPIC AND PAN AMERICAN GAMES WHEN CELEBRATED IN THE UNITED STATES, in CLASS 107 (INT. CL. 41).
First use 1958; in commerce 1958.

For: INDICATING MEMBERSHIP IN APPLICANT, in CLASS 200.
First use at least as early as 1932; in commerce at least as early as 1932.

Applicant disclaims the designation "United States" apart from the mark as shown.
The drawing is lined for the colors red and blue.

Int. Cls.: 6, 14, 16, 18, 20, 21, 24, 25, 26, 28 and 41

Prior U.S. Cls.: 3, 14, 26, 28, 33, 37, 38, 39, 50, 107 and 200

Reg. No. 980,734

**United States Patent and Trademark Office**

10 Year Renewal

Registered Mar. 26, 1974

Renewal Term Begins Mar. 26, 1994

**TRADEMARK
SERVICE MARK
COLLECTIVE MEMBERSHIP
PRINCIPAL REGISTER**



UNITED STATES OLYMPIC COMMIT-
TEE (UNITED STATES CONGRES-
SIONALLY CHARTERED CORPORA-
TION),, DBA UNITED STATES OLYM-
PIC ASSOCIATION,
ONE OLYMPIC PLAZA
COLORADO SPRINGS, CO 809095760

APPLICANT DISCLAIMS THE DESIG-
NATION "UNITED STATES" APART
FROM THE MARK AS SHOWN.

THE DRAWING IS LINED FOR THE
COLORS RED AND BLUE.

FOR: LUGGAGE, TRAVEL BAGS,
BRIEFCASES, PORTFOLIOS AND
POCKET BOOKS, IN CLASS 3 (INT. CL.
18).

FIRST USE 0–0–1956; IN COMMERCE
0–0–1956.

FOR: METAL SHIELD, METAL DESK
SPINNER AND BELT BUCKLE, IN
CLASS 14 (INT. CL. 6).

FIRST USE 0–0–1958; IN COMMERCE
0–0–1958.

FOR: [GOGGLES], IN CLASS 26 (INT.
CL. 28).

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Mar. 28, 1995.*

COMMISSIONER OF PATENTS AND TRADEMARKS

2                                    980,734

FIRST USE 0–0–1960; IN COMMERCE 0–0–1960.

FOR: JEWELRY, TIE CLIPS, LAPEL PINS, CUFF LINKS, MONEY CLIPS, CHARMS MADE OF PRECIOUS AND SEMI-PRECIOUS METALWARE, IN CLASS 28 (INT. CL. 14).

FIRST USE 0–0–1932; IN COMMERCE 0–0–1932.

FOR: GLASSWARE—NAMELY, TUMBLERS AND BOWLS, IN CLASS 33 (INT. CL. 21).

FIRST USE 0–0–1964; IN COMMERCE 0–0–1964.

FOR: STATIONERY, NAPKINS, PAPERWEIGHTS, AND SHEET PAPER, IN CLASS 37 (INT. CL. 16).

FIRST USE 0–0–1948; IN COMMERCE 0–0–1948.

FOR: PAMPHLETS, BOOKS, MANUALS, NEWSLETTERS, BROCHURES, PROGRAMS AND FILMS, IN CLASS 38 (INT. CL. 16).

FIRST USE 0–0–1948; IN COMMERCE 0–0–1948.

FOR: UNIFORMS, JACKETS, COATS, PANTS, SHIRTS, HATS, AND CAPS, HOSIERY, SHOES AND TIES, IN CLASS 39 (INT. CL. 25).

FIRST USE 0–0–1960; IN COMMERCE 0–0–1960.

FOR: SOUVENIERS, PINS, TROPHIES, PLAQUES, MEDALLIONS, MEDALS, BANNERS, PATCHES AND EMBLEMS, IN CLASS 50 (INT. CLS. 14, 20, 24 AND 26).

FIRST USE 0–0–1932; IN COMMERCE 0–0–1932.

FOR: PROMOTING, PUBLICIZING, AND CONTROLLING THE PARTICIPATION OF THE UNITED STATES IN THE OLYMPIC AND PAN AMERICAN GAMES; REPRESENTING THE UNITED STATES BY SELECTING AND OBTAINING THE MOST COMPETENT AMATEUR REPRESENTATION FOR COMPETITIONS AND EVENTS OF THE OLYMPIC AND PAN AMERICAN GAMES; AND ORGANIZING THE OLYMPIC AND PAN AMERICAN GAMES WHEN CELEBRATED IN THE UNITED STATES, IN CLASS 107 (INT. CL. 41).

FIRST USE 0–0–1958; IN COMMERCE 0–0–1958.

FOR: INDICATING MEMBERSHIP IN APPLICANT, IN CLASS 200

FIRST USE 0–0–1932; IN COMMERCE 0–0–1932.

SER. NO. 72–381,519, FILED 1–21–1971.

**Int. Cl.: 41**

**Prior U.S. Cls.: 100, 101 and 107**

**United States Patent and Trademark Office**

Reg. No. 2,311,493

Registered Jan. 25, 2000

## SERVICE MARK
### PRINCIPAL REGISTER

## OLYMPIC

UNITED STATES OLYMPIC COMMITTEE (UNITED STATES CONGRESSIONALLY CHARTERED CORPORATION)
ONE OLYMPIC PLAZA
COLORADO SPRINGS, CO 80909

FOR: SELECTING AND OBTAINING THE MOST COMPETENT AMATEUR ATHLETES TO REPRESENT THE UNITED STATES IN INTERNATIONAL ATHLETIC COMPETITIONS AND EVENTS, AND ORGANIZING INTERNA-TIONAL ATHLETIC COMPETITIONS AND EVENTS WHEN THEY ARE CELEBRATED IN THE UNITED STATES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 0-0-1896; IN COMMERCE 0-0-1896.

OWNER OF U.S. REG. NO. 968,566.

SER. NO. 75-598,229, FILED 12-2-1998.

JEFFERY COWARD, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

Reg. No. 2,311,493

**United States Patent and Trademark Office**   Registered Jan. 25, 2000

## SERVICE MARK
### PRINCIPAL REGISTER

## OLYMPIC

UNITED STATES OLYMPIC COMMITTEE (UNITED STATES CONGRESSIONALLY CHARTERED CORPORATION)
ONE OLYMPIC PLAZA
COLORADO SPRINGS, CO 80909

FOR: SELECTING AND OBTAINING THE MOST COMPETENT AMATEUR ATHLETES TO REPRESENT THE UNITED STATES IN INTERNATIONAL ATHLETIC COMPETITIONS AND EVENTS, AND ORGANIZING INTERNA-TIONAL ATHLETIC COMPETITIONS AND EVENTS WHEN THEY ARE CELEBRATED IN THE UNITED STATES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 0-0-1896; IN COMMERCE 0-0-1896.

OWNER OF U.S. REG. NO. 968,566.

SER. NO. 75-598,229, FILED 12-2-1998.

JEFFERY COWARD, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 2,777,890**

## United States Patent and Trademark Office

Registered Oct. 28, 2003

### TRADEMARK
#### PRINCIPAL REGISTER

# OLYMPIC

UNITED STATES OLYMPIC COMMITTEE (UNITED STATES CONGRESSIONALLY CHARTERED CORPORATION)
ONE OLYMPIC PLAZA
COLORADO SPRINGS, CO 80909

FOR: CLOTHING, NAMELY T-SHIRTS, SWEATSHIRTS, CAPS AND HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-15-2002; IN COMMERCE 5-15-2002.

OWNER OF U.S. REG. NOS. 968,566, 2,311,493 AND OTHERS.

SER. NO. 78-145,195, FILED 7-18-2002.

JEFFERY COWARD, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**Reg. No. 2,988,886**

## United States Patent and Trademark Office

Registered Aug. 30, 2005

### TRADEMARK
### PRINCIPAL REGISTER

## OLYMPIC MANAGEMENT SYSTEM

UNITED STATES OLYMPIC COMMITTEE (UNITED STATES FEDERALLY CHARTERED CORPORATION)
1 OLYMPIC PLAZA
COLORODO SPRINGS, CO 809095760

FOR: DOWNLOADABLE SOFTWARE FOR DATABASE MANAGEMENT PROGRAMS FOR USE IN THE FIELD OF HOSPITALITY MANAGEMENT, NAMELY, FOR USE IN FACILITATING ON-LINE PLANNING OF ALL ASPECTS OF HOSPITALITY PROGRAM, INCLUDING MANAGEMENT OF PROGRAM SCHEDULE, TIMELINE, TRANSPORTATION, CATERING, ACCOUNTING, TICKETING,

GUEST REGISTRATION, AND ACCOMMODATIONS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-1-2002; IN COMMERCE 1-1-2002.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MANAGEMENT SYSTEM", APART FROM THE MARK AS SHOWN.

SER. NO. 78-228,541, FILED 3-21-2003.

ANDREA SAUNDERS, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 2,768,968
Registered Sep. 30, 2003

### SERVICE MARK
**PRINCIPAL REGISTER**

## VANCOUVER 2010

COMITE INTERNATIONAL OLYMPIQUE (SWIT-
ZERLAND ASSOCIATION WITH THE STATUS
OF LEGAL PERSON RECOGNIZED BY A
DECREE OF THE SWISS FEDERAL COUNCIL
(SWISS GOVERNMENT))
CHATEAU DE VIDY
LAUSANNE, SWITZERLAND 1007

FOR: BUSINESS MANAGEMENT; PROMOTING
THE GOODS AND SERVICES OF OTHERS BY
ARRANGING FOR SPONSORS TO AFFILIATE
THEIR GOODS AND SERVICES WITH AN INTER-
NATIONAL ATHLETIC MULTIPLE SPORTS COM-
PETITION, NAMELY THROUGH THE RENTAL OF
ADVERTISING SPACE IN SPORT STADIUMS, THE
RENTAL OF SPACE AND TIME DURING TELEVI-
SION BROADCASTS OF SPORTS COMPETITIONS,

AND THE RENTAL OF ADVERTISING SPACE VIA
GLOBAL COMPUTER NETWORKS, IN CLASS 35
(U.S. CLS. 100, 101 AND 102).

PRIORITY CLAIMED UNDER SEC. 44(D) ON
SWITZERLAND APPLICATION NO. 00722/2002,
FILED 1-28-2002, REG. NO. 500669, DATED 7-10-
2002, EXPIRES 1-28-2012.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "VANCOUVER", APART FROM
THE MARK AS SHOWN.

SER. NO. 76-433,952, FILED 7-24-2002.

AISHA CLARKE, EXAMINING ATTORNEY

Int. Cls.: 1, 3, 4, 5, 9, 12, 14, 16, 18, 25, 28, 29, 30, 32, 36, 38, 39, 42 and 43

Prior U.S. Cls.: 1, 2, 3, 4, 5, 6, 10, 15, 18, 19, 21, 22, 23, 26, 27, 28, 29, 31, 35, 36, 37, 38, 39, 41, 44, 45, 46, 48, 50, 51, 52, 100, 101, 102, 104 and 105

Reg. No. 3,008,326

## United States Patent and Trademark Office

Registered Oct. 25, 2005

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

# VANCOUVER 2010

COMITÉ INTERNATIONAL OLYMPIQUE (SWITZERLAND ASSOCIATION)
CHATEAU DI VIDY
LAUSANNE, SWITZERLAND 1007

FOR: UNEXPOSED AND SENSITIZED PHOTOGRAPHIC FILMS AND PHOTOSENSITIVE PAPER, IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46).

FOR: LAUNDRY BLEACH AND LAUNDRY DETERGENT; HAND AND BODY SOAPS; PERFUME, EAU DE TOILETTE AND AFTER-SHAVE; COSMETICS, NAMELY, CREAMS AND GELS FOR FACIAL AND BODY USE; AND TOOTH PASTES, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: DIESEL FUEL AND GASOLINE, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FOR: DIETARY SUPPLEMENTS; CONTACT LENS DISINFECTANTS, CONTACT LENS CLEANING SOLUTIONS AND CONTACT LENS WETTING SOLUTIONS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FOR: EYEGLASSES; SUNGLASSES; RADIOS; TELEVISIONS; AUDIO AND VIDEO RECORDING APPARATUS, NAMELY, OPTICAL DISKS, DISKETTES AND PLAYERS THEREFOR; VIDEO CAMERAS; CAMCORDERS; VIDEO CASSETTE RECORDERS; BLANK AUDIO AND VIDEO TAPES AND CASSETTES; FACSIMILE TRANSMISSION MACHINES; PHOTOGRAPHIC EQUIPMENT, NAMELY, CAMERAS AND PROJECTORS; CALCULATORS; BATTERIES; COMPACT DISC PLAYERS, COMPUTERS, COMPUTER OPERATING PROGRAMS AND SYSTEM; EYEGLASS FRAMES; FLASH BULBS FOR CAMERAS; TELEPHONES, TELEPHONE RECEIVERS AND TELEPHONE TRANSMITTERS; PHOTOCOPYING MACHINES; CAMERA STRAPS; FASHION EYEGLASSES; EYEGLASS LENSES; EYEGLASS CASES; EYEGLASS CORDS; MAGNETS; BINOCULARS; GRADUATED RULERS; SAFETY GOGGLES; PEDOMETERS; ELECTRIC LIGHT SWITCH PLATES; NEON SIGNS; MAGNIFYING GLASSES; LIFE PRESERVERS; AND SPORTS HELMETS FOR USE IN SOFTBALL, BASEBALL, ROLLER SKATING, IN-LINE ROLLER SKATING, HIKING, MOUNTAIN CLIMBING AND KAYAKING; EXPOSED CAMERA FILM AND COMPUTER GAME PROGRAMS IN THE FIELD OF SPORTS AND ENTERTAINMENT, AND ORGANIZATION AND INSTRUCTIONAL MANUALS SOLD AS A UNIT THEREWITH, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: VEHICLES, NAMELY, AUTOMOBILES, TRUCKS, BICYCLES, MOTORCYCLES, AND BOATS; AND METAL LICENSE PLATE HOLDERS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FOR: BELT BUCKLES OF PRECIOUS METAL FOR CLOTHING; TIE PINS; TIE CLIPS; TIE-TACKS; ORNAMENTAL LAPEL PINS; JEWELRY, NAMELY, CHARMS, PENDANTS, BRACELETS, PINS, CUFF LINKS, NECKLACES, EARRINGS AND RINGS; MEDALLIONS; NON-MONETARY COINS OF PRECIOUS METAL; CLOCKS; WATCHES; CHRONOGRAPHS FOR USE AS WATCHES; STOP WATCHES; WOVEN BRACELETS BEING JEWELRY; MEDALS FOR USE AS AWARDS; NAPKIN RINGS OF PRECIOUS METAL; AND GOLD-PLATED OR GOLD-KARAT REPLICA STAMPS; BADGES OF PRECIOUS METAL TO BE WORN TO SUPPORT THE APPLICANT'S ACTIVITIES; HAT PINS OF PRECIOUS METALS AND ORNAMENTAL LAPEL PINS NOT OF PRECIOUS METAL, TO BE WORN TO SUPPORT THE APPLICANT'S ACTIVITIES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: REPOSITIONABLE NOTE PAPER; ELECTRIC AND NON-ELECTRIC TYPEWRITERS; PRINTED INSTRUCTIONAL AND TEACHING MATERIALS IN THE FIELD OF SPORTS ENTERTAINMENT; NOTE PAPER DISPENSERS; GENERAL FEATURE, COMPUTER, TRAVEL, SPORTS

AND FASHION MAGAZINES; NEWSPAPERS FOR GENERAL CIRCULATION; GENERAL PURPOSE PLASTIC BAGS; CALENDARS; MOUNTED AND UNMOUNTED PHOTOGRAPHS; TRADING CARDS; LITHOGRAPHS; ROAD MAPS; CATALOGS IN THE FIELD OF SPORTS APPAREL, SPORTS EQUIPMENT, PENS AND STATIONERY SETS, HOUSEHOLD FURNISHING AND CLOTHING CATALOGS; ENVELOPES; CARDBOARD AND PAPER CARTONS; BLANK AND PICTURE POSTCARDS; NOTE CARDS; NOTE PADS; GREETING CARDS; COOKBOOKS, CHILDREN'S ACTIVITY AND COLORING BOOKS; PUFFY STICKERS; ADHESIVE STICKERS, PHOTOGRAPH ALBUMS; MEMORANDUM BOOKS; PENS; PENCILS; FOLDERS AND STATIONERY-TYPE PORTFOLIOS FOR PAPER; NOTEBOOKS AND BINDERS; LETTER OPENERS; MEMO HOLDERS; DIARIES; CLIPBOARDS; BOOK COVERS; BULLETIN BOARDS; ERASABLE MEMO BOARDS; PEN AND PENCIL HOLDERS; PAPER CLIP HOLDERS; PAPER NAPKINS AND TOWELS; TISSUE AND TOILET PAPER; POSTERS; WRITING PAPER AND STATIONERY; GRAPHICS PAPER; NEWSPRINT PAPER; PAPER BANNERS, DECALS AND WINDSHIELD DECAL STRIPS; DRAWING SETS COMPRISED OF PAINTS AND BRUSHES; PAPERWEIGHTS; PENCIL CADDIES; MEMO PADS; ERASERS; STATIONERY HOLDERS; MAPS; DISPOSABLE PAPER BABY BIBS; DESK SETS; STICKER BOOKS; POSTCARD BOOKS; HOLOGRAPHIC GREETING CARDS; BOOKS TO COLLECT COINS; PENCIL BAGS; PENCIL SHARPENERS; COMMEMORATIVE OR DECORATIVE POSTAGE STAMPS; SCORE BOOKS; GIFT WRAP SETS COMPRISED OF WRAPPING PAPER, PAPER BOWS AND GIFT CARDS; CARDBOARD GIFT BOXES; COMIC BOOKS; BOOKMARKS; POSTER BOOKS; PARTY GOODS, NAMELY, PAPER NAPKINS, PAPER PARTY HATS, PAPER PARTY HORNS AND PRINTED INVITATIONS; PAPER PRINTED PARTY SIGNS AND PAPER PRINTED LAWN SIGNS; STAMP PADS; PAPER GROCERY BAGS; PAPERWEIGHTS IN THE FORM OF JUMBO-SIZE REPLICA RINGS; AND PAPER LUGGAGE TAGS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: KNAPSACKS; ALL-PURPOSE SPORTS BAGS; BACK PACKS; TOTE BAGS; HANDBAGS; PURSES; WALLETS; CREDIT CARD CASES; BRIEFCASE-TYPE LEATHER BUSINESS FOLDERS; BRIEF CASES; ATTACHÉ CASES OF LEATHER AND VINYL; GARMENT BAGS FOR TRAVEL; GYM BAGS; ALL-PURPOSE SPORTS GEAR CARRYING BAGS; UMBRELLAS; LUGGAGE TRUNKS FOR TRAVELING; PARASOLS; WALKING STICKS; WHIPS; HARNESSES; SADDLERY; BARREL BAGS; FANNY PACKS; DOG LEASHES; TRAVEL BAGS AND SHOE BAGS FOR TRAVEL; DUFFEL BAGS; SUIT BAGS FOR TRAVEL; SCHOOL BAGS; GYM BAGS SHAPED TO FIT INTO FOOTLOCKERS; PET COLLARS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: BELTS, NECKTIES; SUSPENDERS; BANDANNAS; BEACH SANDALS; INFANT AND TODDLER SLEEPWEAR; BATHROBES; NIGHTSHIRTS, PAJAMAS AND LOUNGEWEAR; BEACH COVERUP DRESSES; CLOTH DIAPER SETS; TODDLER

SHORT AND TOP SETS; GIRLS KNIT DRESSES WITH PANTS SETS; BOYS SHORTS AND TOP SETS; GIRLS SKIRT/PANTY COMBINATIONS; SOCKS; PLAYSUITS; COVERALLS; UNION SUITS; COLLARLESS SHIRTS; SHORTS; PANTS AND SLACKS; SHIRTS; JACKETS; JUDGES, TEAM, REFEREE AND UMPIRE UNIFORMS; SWEATERS; PARKAS; TURTLENECKS; MITTENS; GLOVES; UNDERWEAR; ROMPERS; JERSEYS; MATERNITY TOPS; BOWTIES; HEADWEAR AND SCARVES; EAR MUFFS, EAR BANDS AND HEADBANDS; HOSIERY; RAINWEAR, NAMELY, RAIN PONCHOS AND JACKETS; FOOTWEAR, NAMELY SHOES, BOOTS AND SLIPPERS; BATH THONGS; NYLON SHELLS; HATS; CAPS; VISORS; APRONS; SKI AND CLOTH BIBS; UNIFORM REPRODUCTIONS; CANVAS FOOTWEAR; KNICKERS; WIND-RESISTANT JACKETS; T-SHIRTS; SWEATSHIRTS; SWEATPANTS; BASEBALL CAPS; COATS; PULLOVERS; ONE-PIECE SKI SUITS; GOLF SHIRTS AND HATS; BLAZERS; LEGWARMERS; SEQUINED EVENING TOPS; JEANS; LEOTARDS; WORKOUT AND SPORTS APPAREL, NAMELY, SHORTS, JACKETS, SLACKS AND SKIRTS; AND SKI MASKS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: DOLLS AND STUFFED TOY ANIMALS; TOY SCALE MODEL VEHICLES; JIGSAW PUZZLES; CHRISTMAS TREE ORNAMENTS AND CHRISTMAS TREE DECORATIONS, BUT EXCLUDING CONFECTIONERY AND ILLUMINATING ARTICLES; COMMEMORATIVE SPORTS BALLS WITH THE LOGO OF AN INTERNATIONAL ATHLETIC EVENT ON THEM; ACTION PUPPETS; BLOW-UP TOYS, NAMELY, BEACH BALLS, NOVELTY FLOTATION DEVICES FOR RECREATIONAL USE AND COMMEMORATIVE MASCOT DOLLS; BOBBLEHEAD DOLLS; HAND PUPPETS; TEDDY BEARS; DARTBOARD CABINETS AND DARTS; CHRISTMAS STOCKINGS; BASKETBALL BACKBOARDS; GOLF BAG COVERS; SHOULDER STRAP PADS FOR GOLF BAGS; PLASTIC YOYOS; ACTION FIGURES AND ACCESSORIES TO BE USED WITH ACTION FIGURES; AERODYNAMIC DISCS FOR PLAYING BOARD GAMES; MARBLES; KITES; ARCHERY SETS; TOY TRUCKS; RUBBER AND WOODEN SPORTS BALLS; JUMP ROPES; ATHLETIC SUPPORTERS; TENNIS, BADMINTON, VOLLEY BALL AND GOALIE NETS; FIELD HOCKEY STICKS; PLASTIC TOY HOOPS; IRON SHOTS SPECIFICALLY FOR USE IN THE SHOT PUT COMPETITION; TENNIS, RACQUETBALL AND BADMINTON RACKETS; TABLE TENNIS PADDLES; BASEBALL AND CRICKET BATS; GYMNASTIC EQUIPMENT, NAMELY, BOTTLE-SHAPED WOODEN CLUBS; BALLOONS; BASEBALL, SAILING, BOXING, SKI, KARATE, SOFTBALL AND HOCKEY GLOVES; BOWLING BALL BAGS; TOY MODEL TRAIN SETS; RADIO-OPERATED TOY VEHICLES; TOYS FOR PETS; COIN AND NONCOIN OPERATED PINBALL MACHINES; FISHING LURES; DISCUSES; EXERCISE EQUIPMENT, NAMELY, BARBELLS AND WEIGHT-LIFT BENCHES; SPORTS GOGGLES FOR USE IN SKIING, RACQUETBALL, SWIMMING, SNORKELING AND SCUBA DIVING; PAPER CHRISTMAS TREE DECORATIONS; ATHLETIC EQUIPMENT SHAPED

NYLON BAGS FOR CARRYING TENNIS RACKETS; SKIS; AND SQUASH RACKETS; TOY PLASTIC MINI-HELMETS AND HAND-HELD UNITS FOR PLAYING VIDEO GAMES; PLAYING CARDS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: MEAT, FISH FOR FOOD PURPOSES, POULTRY AND GAME; MEAT EXTRACTS; PRESERVED, DRIED AND COOKED FRUITS AND VEGETABLES; JELLIES, JAMS; EGGS, MILK, CHEESE AND YOGURT; AND EDIBLE OILS AND EDIBLE FAT; FRUIT SAUCES SERVED AS SIDE DISHES, NAMELY, CRANBERRY SAUCE, APPLESAUCE, IN CLASS 29 (U.S. CL. 46).

FOR: COFFEE, TEA, COCOA, SUGAR, RICE, TAPIOCA AND SAGO; FLOUR, BISCUITS AND COOKIES; FLAVORED ICES; HONEY AND TREACLE; YEAST, BAKING-POWDER; SALT, MUSTARD; VINEGAR; SAUCES; CONDIMENTS, NAMELY, MAYONNAISE, KETCHUP AND RELISH; SPICES; AND ICE CREAM; ICE MILK AND FROZEN YOGURT, IN CLASS 30 (U.S. CL. 46).

FOR: BEERS, MINERAL AND AERATED WATERS; FRUIT DRINKS AND FRUIT JUICE CONCENTRATES; AND CARBONATED, LOW CALORIES, AND NON-CARBONATED SOFT DRINKS AND SYRUPS FOR THE PREPARATION OF SOFT DRINKS, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FOR: FINANCIAL MANAGEMENT, FINANCING SERVICES, CREDIT CARD SERVICES, AND INSURANCE UNDERWRITING IN THE FIELDS OF ACCIDENT, LIFE AND FIRE, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FOR: RADIO AND TELEVISION BROADCASTING, AND BROADCASTING PROGRAMS VIA A GLOBAL COMPUTER NETWORK, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FOR: COURRIER AND AIR TRANSPORTATION SERVICES, IN CLASS 39 (U.S. CLS. 100 AND 105).

FOR: LEGAL SERVICES; LEGAL SERVICES, NAMELY, THE LICENSING OF INTELLECTUAL PROPERTY, IN CLASS 42 (U.S. CLS. 100 AND 101).

FOR: RESTAURANT SERVICES , IN CLASS 43 (U.S. CLS. 100 AND 101).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF SWITZERLAND REG. NO. 500669, DATED 1-28-2002, EXPIRES 1-27-2012.

SER. NO. 76-584,643, FILED 3-26-2004.

EVELYN BRADLEY, EXAMINING ATTORNEY

**Int. Cl.: 35**

**Prior U.S. Cls.: 100, 101 and 102**

**Reg. No. 3,056,792**

## United States Patent and Trademark Office

Registered Feb. 7, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

## LONDON 2012

COMITE INTERNATIONAL OLYMPIQUE (SWIT-
ZERLAND ASSOCIATION)
CHATEAU DE VIDY
LAUSANNE, SWITZERLAND 1007

FOR: PROMOTING THE GOODS AND SERVICES
OF OTHERS BY ARRANGING FOR SPONSORSHIP
AND LICENSING ENABLING PARTNERS TO GAIN
ADDITIONAL NOTORIETY AND IMAGE DE-
RIVED FROM THOSE OF INTERNATIONAL CUL-
TURE AND SPORTING EVENTS; ADVERTISING

SERVICES, NAMELY, DIRECT MAIL ADVERTIS-
ING, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

PRIORITY CLAIMED UNDER SEC. 44(D) ON
SWITZERLAND APPLICATION NO. 02705/2003,
FILED 5-16-2003, REG. NO. 515349, DATED 5-16-
2003, EXPIRES 5-16-2013.

SER. NO. 76-553,304, FILED 10-22-2003.

SONYA STEPHENS, EXAMINING ATTORNEY

Int. Cls.: 1, 3, 4, 5, 7, 9, 11, 12, 14, 16, 18, 25, 28, 29, 30, 32, 36, 37, 38, 39, 41, 42 and 43

Prior U.S. Cls.: 1, 2, 3, 4, 5, 6, 10, 13, 15, 18, 19, 21, 22, 23, 26, 27, 28, 29, 31, 34, 35, 36, 37, 38, 39, 41, 44, 45, 46, 48, 50, 51, 52, 100, 101, 102, 103, 104, 105, 106 and 107

**United States Patent and Trademark Office**

Reg. No. 3,533,169

Registered Nov. 18, 2008

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

# LONDON 2012

COMITE INTERNATIONAL OLYMPIQUE (SWITZERLAND ASSOCIATION), DBA INTERNATIONAL OLYMPIC COMMITTEE
CHATEAU DE VIDY
1007 LAUSANNE, SWITZERLAND

FOR: CHEMICALS FOR USE IN INDUSTRY AND SCIENCE, NAMELY, CHEMICAL ADDITIVES FOR USE IN THE PHARMACEUTICAL INDUSTRY AND THE FOOD INDUSTRY, AND PHOTOGRAPHIC CHEMICALS, NAMELY, PHOTOGRAPHIC DEVELOPERS, PHOTOGRAPHIC FIXERS, PHOTOGRAPHIC SENSITIZERS, PHOTOGRAPHIC CHEMICALS FOR PROCESSING FILMS AND FOR STABILIZING COLOURS ON PHOTOGRAPHS; UNPROCESSED ARTIFICIAL RESINS FOR USE IN MANUFACTURING PLASTICS, UNPROCESSED PLASTICS; MANURES; FIRE EXTINGUISHING COMPOSITIONS; TEMPERING AND SOLDERING PREPARATIONS; CHEMICAL SUBSTANCES FOR PRESERVING FOODSTUFFS; ADHESIVES FOR USE IN INDUSTRY FOR THE BINDING OF BOOKS, FOR THE MANUFACTURE OF SURGICAL BANDAGES, AND ADHESIVES USED IN CONSTRUCTION; SENSITIZED PHOTOGRAPHIC FILMS AND PHOTOSENSITIVE PAPER, IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46).

FOR: BLEACHING SOLUTIONS AND OTHER DETERGENT SUBSTANCES FOR LAUNDRY USE, NAMELY, LAUNDRY BLEACH, LAUNDRY BLUEING, LAUNDRY DETERGENT, LAUNDRY PRESOAK, LAUNDRY SIZING, LAUNDRY SOAP, LAUNDRY STARCH FOR LAUNDRY USE; GENERAL PURPOSE CLEANING, POLISHING, SCOURING AND ABRASIVE PREPARATIONS; SOAPS; PERFUMERY, ESSENTIAL OILS, COSMETICS, HAIR LOTIONS; DENTIFRICES; TANNING LOTIONS AND CREAMS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: DIESEL FUEL AND GASOLINE, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FOR: DIETARY SUPPLEMENTS; CONTACT LENS DISINFECTANTS, CONTACT LENS CLEANING SOLUTION AND CONTACT LENS WETTING SOLUTIONS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FOR: MACHINES AND MACHINE TOOLS FOR CUTTING AND FORMING OF MATERIALS; MOTORS AND ENGINES NOT FOR LAND VEHICLES FOR GENERATING POWER AND ELECTRICITY; MACHINE COUPLINGS AND TRANSMISSION COMPONENTS NOT FOR LAND VEHICLES, NAMELY, SHAFTS AND GEAR BOXES; AGRICULTURAL IMPLEMENTS OTHER THAN HAND OPERATED IMPLEMENTS, NAMELY, INCORPORATORS AND SEED DRILLS; INCUBATORS FOR EGGS; GAS TURBINES, NAMELY, JET ENGINES AND REPLACEMENT PARTS THEREOF, AXIAL AND CENTRIFUGAL COMPRESSORS FOR MACHINES; RECIPROCATING COMPRESSORS; SCREW AND VANE COMPRESSORS; ROTARY, VACUUM, ELECTRIC, SUBMERSIBLE AND CENTRIFUGAL PUMPS; TURBO EXPANDERS, NAMELY, AIR AND ELECTRIC COMPRESSORS; CNG REFUELING MACHINES FOR LAND VEHICLES AND INDUSTRIAL EQUIPMENT AND ACCESSORIES AND PARTS FOR ALL THE FOREGOING, NAMELY, PUMPS, VALVES, FUEL FILTERS, FILTER CASINGS, DISTRIBUTOR ROTORS, BLADES,

BEARINGS AND MECHANICAL SEALS; GAS TUR-BINES, STEAM TURBINES; STEAM CONDENSERS; ELECTRIC MOTORS FOR MACHINES, ELECTRIC GENERATORS, AIRCRAFT ENGINES, COMPRES-SORS, NAMELY, AIR COMPRESSORS, WASHING MACHINES FOR CLOTHES, DISHWASHERS, GAR-BAGE DISPOSALS AND COMPACTORS, ELECTRIC MIXERS FOR HOUSEHOLD PURPOSES, ELECTRIC KNIVES, ELECTRIC CAN OPENERS, ELECTRICAL DRILLS AND DRILLING EQUIPMENT, NAMELY, CORE DRILLING BITS, INDUSTRIAL PUMPS, NAMELY, CENTRIFUGAL NON-ELECTRIC WA-TER PUMPS; AC AND DC GENERATORS; AIR CONTROL UNITS, NAMELY, AIR CONDENSERS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FOR: BLANK MAGNETIC DATA CARRIERS, BLANK RECORDING DISCS, NAMELY, COMPACT DISCS; CASH REGISTERS, CALCULATING MA-CHINES, DATA PROCESSORS AND COMPUTERS; FIRE-EXTINGUISHERS; PROTECTIVE HELMETS FOR SPORTS; MOBILE TELEPHONES; A COM-PLETE LINE OF MATERIALS, APPLIANCES, MA-CHINERY, COMPONENTS, PARTS, SYSTEMS AND PLANTS FOR GENERATING, TRANSFORMING, CONVERSION, TRANSMITTING, DISTRIBUTING, CONTROLLING AND UTILIZING OF ELECTRICI-TY, NAMELY, TRANSFORMERS, ELECTRIC AC-CUMULATORS, ELECTRIC ACTUATORS, ELECTRIC CONVERTERS, POWER CONTROL-LERS AND ELECTRIC CABLES AND WIRES; ELEC-TRICAL DEVICES AND ELECTRICAL POWER DISTRIBUTION PRODUCTS, NAMELY, CAPACI-TORS, CIRCUIT BREAKERS, CIRCUIT BREAKER LOAD CENTERS, CIRCUIT CLOSERS, CIRCUIT INTERRUPTERS, COMMUTATORS, CONTAC-TORS, CURRENT RECTIFIERS, CURRENT LIMIT-ERS, ELECTRIC CONTACTS, ELECTRIC COLLECTORS, ELECTRIC CONDUCTORS, ELEC-TRIC CONNECTORS, ELECTRIC CONTROLLERS, ELECTRIC INDUCTORS, ELECTRIC POWER SUP-PLIES, ELECTRICITY DISTRIBUTION BOARDS AND BOXES, ELECTRICITY DISTRIBUTION CON-SOLES, ELECTRICITY SWITCHBOARDS AND SWITCHBOXES; FUEL PUMPS FOR SERVICE STA-TIONS FOR FUELLING AIRPLANE ENGINES; FUEL DISTRIBUTION EQUIPMENT, NAMELY, METERED FUEL PUMPS, ELECTRICAL FUEL LE-VEL GAUGES, CONTROL VALVES FOR REGULAT-ING THE FLOW OF GASES AND FUEL LINES; AUTOMATED FUEL STATION MANAGEMENT SYSTEMS, COMPRISED OF COMPUTER OPERAT-ING SOFTWARE, METERED FUEL PUMPS, RATE CONTROL PANELS, FUEL LINES AND DISPEN-SING NOZZLES FOR FUELLING LAND AND MAR-INE VEHICLES AND MARINE VEHICLES AND AIRCRAFT; GAS METERS; COMPUTER SOFT-WARE FOR TROUBLESHOOTING AND MAIN-TAINING PROGRAMMABLE CONTROLLERS, FOR ANALYZING BLOOD VESSELS INCLUDING CARDIAC VESSELS WHICH ALSO PROVIDES CAL-CULATION FUNCTIONS WITH RESPECT TO BLOOD VESSELS, FOR USE WITH MEDICAL PA-TIENT MONITORING EQUIPMENT, FOR RECEIV-ING, PROCESSING, TRANSMITTING AND DISPLAYING DATA, FOR USE IN DEVELOPING PERSONALIZED ASSET ALLOCATION PRO-GRAMS, FOR USE ON-LINE TO ENABLE OFFICE EQUIPMENT DEALERS TO SUBMIT APPLICA-TIONS, MANAGE PORTFOLIOS AND COMMUNI-CATE WITH THE COMPANY, FOR USE IN TO ACCESS MORTGAGE AND INSURANCE INFOR-MATION, FOR COLLECTING DATA INVOLVING VITAL MEDICAL SIGNS, FOR USE WITH ELEC-TRICAL POWER SYSTEMS ANALYSES AND IN-STRUCTIONAL MANUAL SOLD AS A UNIT THEREWITH, FOR USE BY EMPLOYEES FOR FINANCIAL INSTITUTIONS FOR DETERMINING FINANCIAL INVESTMENTS FOR CLIENTS AND IN PROCESSING THE SALE OF THE IDENTIFIED INVESTMENTS, FOR OBTAINING INFORMATION ON THE FLOOD-HAZARD STATUS OF REAL PROPERTY, FOR THE DEVELOPMENT OF GRA-PHICAL USER INTERFACES AND DATA VISUALI-ZATION, FOR USE TO CALCULATE MORTGAGE PAYMENTS, FOR REGULATING AND MANA-GING VEHICLE FLEET MAINTENANCE SERVI-CES, FOR USE IN CONNECTION WITH ACCESSING AND UTILIZING COMMERCIAL COMPUTER SERVICES, FOR USE BY CUSTOMERS TO OBTAIN LEASE PORTFOLIO INFORMATION, FOR A RADIOLOGY INFORMATION SYSTEM FOR USE BY RADIOLOGISTS AND RADIOLOGY DE-PARTMENT IN THE DATABASE MANAGEMENT OF EMPLOYEE AND PATIENT INFORMATION, FOR PATIENT MONITORING AND ARCHIVAL PURPOSES INSTALLED ON AND USED IN CON-NECTION WITH PCS AND MEDICAL MONITOR-ING EQUIPMENT, FOR GRAPHICAL USER INTERFACE, FOR USE IN SENDING ENCRYPTED AND COMPRESSED DATA MOVER PAGING CAR-RIER SYSTEMS, FOR PROVIDING ACCESS TO WEBSITES WHERE BUYERS AND SELLERS CAN CONDUCT BUSINESS ELECTRONICALLY, AND FOR UNDERGROUND NAVIGATION, NAMELY, FOR NAVIGATION OF DOWN HOLE PROBE AS-SEMBLY FOR OIL DRILLING AND DRILLING ASSEMBLIES FOR ROUTING UNDERGROUND UTILITIES; ELECTRONIC AND ELECTROCHEMI-CAL PRODUCTS, NAMELY, FUEL CELLS; ELEC-TRONIC SENSORS FOR REMOTELY TRACKING AND TRANSMITTING THE LOCATION OF MOV-ING AND STATIONARY VEHICLES, TRAILERS, CARGO CONTAINERS AND WATER VESSELS; ELECTRONIC TRANSMITTERS FOR REMOTELY MONITORING AND TRANSMITTING INFORMA-TION REGARDING SAFETY CONDITIONS OF MOVING VEHICLES SUCH AS UNLOCKED DOORS OR WINDOWS, SPEED AND DIRECTION; ELEC-TRONIC SENSORS FOR REMOTELY MONITOR-ING AND TRANSMITTING INFORMATION WITH RESPECT TO AIR QUALITY AND TEMPERATURE OF BOTH MOVING AND STATIONARY VEHICLES; ELECTRONIC SENSORS FOR REMOTELY MONI-TORING AND TRANSMITTING THE STATUS OF LAND AND SEA SHIPPED CARGO; ELECTRONIC SENSORS FOR REMOTELY MONITORING AND TRANSMITTING MAINTENANCE INFORMATION OF LAND VEHICLES, FEATURING THE CONDI-TION OF TIRE PRESSURE, BRAKE LININGS, HUB MILEAGE READINGS, EXTERIOR OR INTERIOR DAMAGE; ELECTRONIC SENSORS FOR REMOTE-LY MONITORING AND TRANSMITTING INFOR-MATION WITH RESPECT TO REFRIGERATION

UNIT OPERATING CONDITION OR STATUS ON BOTH LAND VEHICLES AND MARITIME VESSELS; ELECTRONIC SENSORS FOR REMOTELY MONITORING AND TRANSMITTING INFORMATION WITH RESPECT TO DROP/HOOK STATUS AND TETHERED/UNTETHERED STATUS OF BOTH LAND VEHICLES AND MARITIME VESSELS; AND ELECTRONIC SENSORS FOR REMOTELY MONITORING AND TRANSMITTING INFORMATION WITH RESPECT TO EQUIPMENT POOLING STATUS OF BOTH LAND VEHICLE AND MARITIME VESSEL CARGO FLEETS; TELEPHONES; TELEPHONE CALLER ID BOXES; TELEPHONE ANSWERING MACHINES; CORDLESS TELEPHONES, CORDLESS HEADSET TELEPHONES; DIGITAL MESSAGING SYSTEMS, COMPRISED OF COMPUTER HARDWARE, SOFTWARE, AND PORTABLE INSTANT MESSAGING DEVICES FOR USE IN OPERATING VOICE MAIL AND VOICE MESSAGING; RADIOS, TWO-WAY RADIOS, RADIOS INCORPORATING CLOCKS, AUDIO AND VIDEO CASSETTE PLAYERS AND RECORDERS; TELEVISIONS, TELEVISION REMOTE CONTROLS, VCR PLAYERS; VCR REMOTE CONTROLS; DVD PLAYERS; DVD REMOTE CONTROLS; COMBINATION RADIO AND AUDIO CASSETTE PLAYERS, COMBINATION RADIO AND CD PLAYERS; COMBINATION TV AND VCR SETS; BATTERIES; ELECTRICAL POWER GENERATION AND DISTRIBUTION PRODUCTS AND ELECTRICAL VOLTAGE AND OVERVOLTAGE SURGE PRODUCTS, NAMELY, ARRESTERS, BUSWAYS, CAPACITORS, FUSES, LIGHTING CONTROLLERS, SWITCH BOXES, LEDS, NAMELY, LIGHT EMITTING DIODES, VOLTAGE REGULATORS FOR ELECTRIC POWER, VOLTAGE SURGE PROTECTORS, VOLTAGE SURGE SUPPRESSORS, VOLTMETERS, ELECTRICAL CIRCUIT BOARDS, RELAYS AND TIMERS, SOLENOIDS AND LIMIT SWITCHES, FULL-VOLTAGE MANUAL STARTERS, REDUCED VOLTAGE STARTERS, ELECTRICAL SWITCHES AND DISCONNECTS, CIRCUIT BOARD TERMINAL BLOCKS AND PUMPING PANELS, CIRCUIT BREAKERS AND DISCONNECTS, TRANSFORMERS, ELECTRICAL LIGHTING AND POWER CIRCUIT BOARDS, ELECTRICAL WIRES, CABLES, CORDS, AND CONDUCTORS, ELECTRICAL WIRING AND LIGHTING FIXTURES, LIGHTNING ARRESTERS, ELECTRICITY METERS, POWER METERS, GROUNDING RESISTORS, HUMIDITY AND TEMPERATURE SENSORS; BUILDING AND WOOD SENSORS, SPECIFICALLY, SOUND WAVE AND VIBRATION SENSORS; INDUSTRIAL CALIBRATION SENSORS, SPECIFICALLY, PROXIMITY SENSORS; PUSH BUTTONS, MOTOR CONTROL CENTERS COMPRISED PRIMARILY OF PHYSICAL GROUPINGS OF COMBINATION STARTERS IN ONE ASSEMBLY; ELECTRICAL RESISTANCE HEATING WIRES AND ELECTRICAL CONTROLLERS THEREFOR AND VOLTAGE REGULATORS; CONTROL VALVES FOR REGULATING THE FLOW OF GASES AND LIQUIDS; SPORTS GOGGLES FOR USE IN SKIING, RACQUETBALL, SWIMMING, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: HEAT EXCHANGERS FOR USE IN THE DISTRIBUTED RESIDENTIAL AND PORTABLE FUEL CELL POWER APPLICATIONS; CHEMICAL HEAVY WALL REACTORS AND NUCLEAR REACTORS AND ACCESSORIES AND COMPONENT PARTS THEREOF, NAMELY, HEAT PUMPS, STEAM VALVES; MICROWAVE OVENS FOR COOKING; WALL COOKING OVENS FOR DOMESTIC USE; ELECTRIC AND GAS FOOD WARMING DRAWERS; CONVECTION OVENS, ELECTRIC AND GAS COOK TOPS; ELECTRIC AND GAS COOKING OVENS AND RANGES; VENTILATION HOODS FOR STOVES; AND VENTILATING EXHAUST FANS; WATER FILTERS; WATER SOFTENING UNITS, CLOTHES DRYERS; ELECTRIC FANS, CEILING FANS, FLASHLIGHTS; LAMPS AND LIGHTS FOR VEHICLE, NAMELY, BICYCLE AND AUTOMOBILE LAMPS; ELECTRIC LIGHTS FOR CHRISTMAS TREES; ELECTRIC LIGHT BULBS; ELECTRIC LAMPS, ELECTRIC LIGHTING FIXTURES, ELECTRIC REFRIGERATORS, FREEZERS AND WATER COOLERS, AIR CONDITIONING APPARATUS FOR INDUSTRIAL USE, HUMIDIFIERS AND DEHUMIDIFIERS, ELECTRIC HEATING APPARATUS, NAMELY, HEATING FANS, ELECTRIC BASEBOARD HEATERS AND FAN HEATERS, GAS AND OIL BURNING FURNACES, AIR CONTROL UNITS, NAMELY, HOUSEHOLD ELECTROSTATIC AIR CLEANERS, ELECTRIC OVENS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FOR: VEHICLES, APPARATUS FOR LOCOMOTION BY LAND, AIR OR WATER, NAMELY, CARS, BUSES, COACHES, LIGHT LORRIES AND TRUCKS, VANS, MOTOR HOMES, BICYCLES, MOTORBIKES, MOPEDS, SCOOTERS, BOATS, SHIPS, AIRPLANES, HELICOPTERS; LOCOMOTIVES, RAILWAY CARS, ELECTRIC MOTORS AND DIESEL ENGINES FOR LAND VEHICLES, AND STRUCTURAL PARTS THEREOF, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FOR: PRECIOUS METALS AND THEIR ALLOYS AND GOODS IN PRECIOUS METALS OR COATED THEREWITH, NAMELY, COMMEMORATIVE COINS AND MEDALS; JEWELRY, PRECIOUS STONES; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS; LAPEL PINS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: REPOSITIONABLE NOTE-PAPER; ELECTRIC AND NON-ELECTRIC TYPEWRITERS; PRINTED INSTRUCTIONAL AND TEACHING MATERIALS IN THE FIELD OF SPORTS ENTERTAINMENT; NOTE PAPER DISPENSERS; GENERAL FEATURE, COMPUTER, TRAVEL, SPORTS AND FASHION MAGAZINES; NEWSPAPERS FOR GENERAL CIRCULATION; GENERAL PURPOSE PLASTIC BAGS; CALENDARS; MOUNTED AND UNMOUNTED PHOTOGRAPHS; TRADING CARDS; COLOR LITHOGRAPHS; ROAD MAPS; CATALOGS IN THE FIELDS OF SPORTS APPAREL AND SPORTS EQUIPMENT; PENS AND STATIONERY SETS CONSISTING OF PENS AND STATIONERY; HOUSEHOLD FURNISHING AND CLOTHING CATALOGS; ENVELOPES; CARD-

BOARD AND PAPER CARTONS; BLANK AND PICTURE POSTCARDS; NOTE CARDS; NOTE PADS; GREETING CARDS; COOKBOOKS, CHILDREN'S ACTIVITY AND COLORING BOOKS; PUFFY STICKERS; ADHESIVE STICKERS, PHOTOGRAPH ALBUMS; MEMORANDUM BOOKS; PENS; PENCILS; FOLDERS AND STATIONERY-TYPE PORTFOLIOS FOR PAPER, NOTEBOOKS AND BINDERS; LETTER OPENERS; MEMO HOLDERS; DIARIES; CLIPBOARDS; BOOK COVERS; ERASABLE MEMO BOARDS; PEN AND PENCIL HOLDERS; PAPER CLIP HOLDERS; PAPER NAPKINS AND TOWELS; TISSUE AND TOILET PAPER; POSTERS; WRITING PAPER AND STATIONERY; GRAPHICS PAPER; NEWSPRINT PAPER; PAPER BANNERS; DECALS AND WINDSHIELD DECAL STRIPS; PAPERWEIGHTS; PENCIL CADDIES; MEMO PADS; ERASERS; STATIONERY HOLDERS; MAPS; DISPOSABLE PAPER BABY BIBS; DESK SETS; STICKER BOOKS; POSTCARD BOOKS, HOLOGRAPHIC GREETING CARDS; BOOKS TO COLLECT COINS; PENCIL BAGS; PENCIL SHARPENERS; COMMEMORATIVE OR DECORATIVE POSTAGE STAMPS; SCORE BOOKS, GIFT WRAPS SETS COMPRISED OF WRAPPING PAPER, PAPER BOWS AND GIFT CARDS; CARDBOARD GIFT BOXES; COMIC BOOKS; BOOKMARKS; POSTER BOOKS; PARTY GOODS, NAMELY, PAPER NAPKINS, PAPER PARTY HATS; PAPER PARTY HORNS AND PRINTED INVITATIONS; PAPER PRINTED PARTY SIGNS AND PAPER PRINTED LAWN SIGNS; STAMP PADS; PAPER GROCERY BAGS, AND PAPERWEIGHTS IN THE FORM OF JUMBO-SIZE REPLICA RINGS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: LEATHER AND IMITATIONS OF LEATHER, AND GOODS MADE OF THESE MATERIALS AND NOT INCLUDED IN OTHER CLASSES, NAMELY, LEATHER HANDBAGS, LEATHER PURSES, LEATHER WALLETS, LEATHER CREDIT CARD CASES, LEATHER BRIEF CASES, LEATHER ATTACHÉ CASES, LEATHER FANNY PACKS; ANIMAL SKINS AND HIDES; TRUNKS AND TRAVELLING BAGS; UMBRELLAS, PARASOLS AND WALKING STICKS; WHIPS, HARNESS AND SADDLERY, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: BELTS, NECKTIES; SUSPENDERS; BANDANNAS; BEACH SANDALS; INFANT AND TODDLER SLEEPWEAR; BATHROBES; NIGHTSHIRTS, PAJAMAS AND LOUNGEWEAR; BEACH COVER-UP DRESSES; CLOTH DIAPER SETS COMPRISING OF SHIRTS AND CLOTH DIAPERS; TODDLER SHORT AND TOP SETS; GIRLS KNIT DRESSES WITH PANTS SETS; BOYS SHORTS AND TOP SETS; GIRLS SKIRT/PANTY COMBINATIONS; SOCKS; PLAYSUITS; COVERALLS; UNION SUITS; COLLARLESS SHIRTS; SHORTS; PANTS AND SLACKS; SHIRTS; JACKETS; JUDGES, TEAM, REFEREE AND UMPIRE UNIFORMS; SWEATERS; PARKAS; TURTLENECKS; MITTENS; GLOVES; UNDERWEAR; ROMPERS; JERSEYS; MATERNITY TOPS; BOWTIES; HEADWEAR AND SCARVES; EAR MUFFS, EARBANDS AND HEADBANDS; HOSIERY; RAINWEAR, NAMELY, RAIN PONCHOS

AND JACKETS; FOOTWEAR, NAMELY, SHOES, BOOTS AND SLIPPERS; BATH THONGS; HATS; CAPS; VISORS; APRONS; SKI AND CLOTH BIBS; TEAM UNIFORM REPRODUCTIONS, COMPRISING OF JERSEYS FEATURING REPRODUCTIONS OF PROFESSIONAL ATHLETIC TEAM LOGOS; CANVAS FOOTWEAR; KNICKERS; WIND-RESISTANT JACKETS; T-SHIRTS; SWEATSHIRTS; SWEATPANTS; BASEBALL CAPS; COATS; PULLOVERS; ONE-PIECE SKI SUITS; GOLF SHIRTS AND HATS; BLAZERS; LEGWARMERS; SEQUINED EVENING TOPS; JEANS; LEOTARDS; WORKOUT AND SPORTS APPAREL, NAMELY, SHORTS, JACKETS, SLACKS AND SKIRTS; AND SKI MASKS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: GAMES AND PLAYTHINGS, NAMELY, DOLLS AND STUFFED TOY ANIMALS; TOY SCALE MODEL VEHICLES; JIGSAW PUZZLES; ACTION PUPPETS; TOY PLASTIC MINI-HELMETS, BLOW-UP TOYS, NAMELY, BEACH BALLS, NOVELTY FLOTATION DEVICES FOR RECREATIONAL USE, SPECIFICALLY ARM FLOATS, SWIM FLOATS, FOAM FLOATS; COMMEMORATIVE MASCOT DOLLS; BOBBLE-HEAD DOLLS; HAND PUPPETS; TEDDY BEARS; PLASTIC YO-YOS, ACTION FIGURES AND ACCESSORIES TO BE USED WITH ACTION FIGURES; MARBLES; KITES; TOY TRUCKS; PLASTIC TOY HOOPS; TOY MODEL TRAIN SETS; RADIO-OPERATED TOY VEHICLES; TOYS FOR PETS; COIN AND NON-COIN OPERATED PINBALL MACHINES; HAND-HELD UNITS FOR PLAYING VIDEO GAMES; GYMNASTIC AND SPORTING ARTICLES NOT INCLUDED IN OTHER CLASSES, NAMELY, COMMEMORATIVE SPORTS BALLS WITH THE LOGO OF AN INTERNATIONAL ATHLETIC EVENT ON THEM, DARTBOARD CABINETS AND DARTS, BASKETBALL BACKBOARDS; GOLF BAG COVERS, SHOULDER STRAP PADS FOR GOLF BAGS; AERODYNAMIC DISCS FOR PLAYING BOARD GAMES; ARCHERY SETS; RUBBER AND WOODEN SPORTS BALLS; JUMP ROPES; ATHLETIC SUPPORTERS; TENNIS, BADMINTON, VOLLEY BALL AND GOALIE NETS; ICE-HOCKEY STICKS; IRON SHOTS SPECIFICALLY FOR USE IN THE SHOT PUT COMPETITION; TENNIS RACQUETBALL AND BADMINTON RACKETS; TABLE TENNIS PADDLES; BASEBALL AND CRICKET BATS; GYMNASTIC EQUIPMENT, NAMELY, BOTTLE-SHAPED CLUBS; BALLOONS; BASEBALL, SAILING, BOXING, SKI, KARATE, SOFTBALL AND HOCKEY GLOVES, BOWLING BALL BAGS; FISHING LURES; DISCUSES; EXERCISE EQUIPMENT, NAMELY, BARBELLS AND WEIGHT-LIFT BENCHES; ATHLETIC EQUIPMENT SHAPED NYLON BAGS FOR CARRYING TENNIS RACKETS; SKIS AND SQUASH RACKETS; ICE SKATES, SKIS, SNOWBOARDS AND CROSS-COUNTRY SKIS; CURLING EQUIPMENT, SPECIFICALLY CURLING STONES; SLEIGHS AND BOBSLEIGHS; PROTECTIVE PADS FOR ALL KINDS OF TEAM SPORTS, SPECIFICALLY, FOOTBALL KNEE PADS, FOOTBALL ELBOW PADS, FOOTBALL CHEST PADS, FOOTBALL SHOULDER PADS, SOCCER LEG PADS, ICE AND FIELD HOCKEY KNEE PADS; PROTECTIVE FACE MASKS FOR BASEBALL, FOOTBALL, ICE HOCKEY AND FIELD HOCKEY;

DECORATIONS FOR CHRISTMAS TREES; PLAYING CARDS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: MEAT, FISH, POULTRY AND GAME; MEAT EXTRACTS; PRESERVED, DRIED AND COOKED FRUITS AND VEGETABLES; JELLIES, JAMS, COMPOTES; EGGS, MILK AND MILK PRODUCTS, NAMELY, CHEESE AND YOGURT; EDIBLE OILS AND FATS, IN CLASS 29 (U.S. CL. 46).

FOR: COFFEE, TEA, COCOA, SUGAR, RICE, TAPIOCA, SAGO, ARTIFICIAL COFFEE; FLOUR AND PREPARATIONS MADE FROM CEREALS, NAMELY, BISCUITS AND COOKIES, BREAD, PASTRY AND CONFECTIONERY, NAMELY, CAKES, FRUIT ICES; HONEY, TREACLE; YEAST, BAKING-POWDER; SALT, MUSTARD; VINEGAR, SAUCES AS CONDIMENTS, NAMELY, MAYONNAISE, KETCHUP AND RELISH; SPICES; ICE, IN CLASS 30 (U.S. CL. 46).

FOR: BEERS; MINERAL AND AERATED WATERS AND OTHER NON-ALCOHOLIC DRINKS, NAMELY, ALOE VERA DRINKS, COFFEE-FLAVORED SOFT DRINK, SOFT DRINKS, ENERGY DRINKS, GUARANA DRINKS, ISOTONIC DRINKS, SPORTS DRINKS; FRUIT DRINKS AND FRUIT JUICES; SYRUPS FOR MAKING BEVERAGES AND OTHER PREPARATIONS FOR MAKING SOFT DRINKS, FRUIT DRINKS AND FRUIT JUICES BEVERAGES, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FOR: INSURANCE CONSULTATION; FINANCIAL MANAGEMENT; MONETARY EXCHANGE; REAL ESTATE AFFAIRS, NAMELY, REAL ESTATE APPRAISAL, REAL ESTATE INVESTMENT; CREDIT CARD SERVICES; FINANCING OF SPORTING AND CULTURAL ACTIVITIES , IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FOR: BUILDING CONSTRUCTION; REPAIR, INSTALLATION AND MAINTENANCE SERVICES OF COMPUTER SYSTEMS, NETWORKS AND HARDWARE; MAINTENANCE, OVERHAUL AND REPAIR SERVICES FOR GAS TURBINES, NAMELY, JET ENGINES AND MODULES AND PARTS THEREOF; INSTALLATION, MAINTENANCE AND REPAIR SERVICES FOR COMPRESSORS, PUMPS, TURBO EXPANDERS, FUEL PUMPS AND FUEL DISTRIBUTION EQUIPMENT, CNG REFUELING EQUIPMENT, GAS TURBINES, STEAM TURBINES, AIR COOLED HEAT-EXCHANGERS, STEAM CONDENSERS, HEAVY WALL REACTORS AND TUBULAR REACTORS; OIL AND GAS EXTRACTION MACHINES MAINTENANCE AND REPAIR SERVICES; DRILLING AND PUMPING OF OIL AND GAS; DRILLING FOR CRUDE OIL; OIL WELL CASING, TUBING AND DRILL PIPE INSTALLATION; RENTAL OF OIL AND GAS WELL DRILLING TOOLS; DIAGNOSTIC REPAIR AND MAINTENANCE SERVICES RENDERED IN THE REPAIR AND MAINTENANCE OF AIRCRAFT ENGINES, TURBINES, ELECTRICAL EQUIPMENT, MEDICAL EQUIPMENT, LOCOMOTIVES AND ACCESSORIES AND COMPONENT PARTS OF ALL

THE FOREGOING , IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FOR: TELECOMMUNICATION SERVICES, NAMELY, LOCAL AND LONG DISTANCE TRANSMISSION OF VOICE, DATA, GRAPHICS BY MEANS OF TELEPHONE, TELEGRAPHIC, CABLE, AND SATELLITE TRANSMISSIONS; TELEVISION BROADCASTING; COMMUNICATIONS BY MOBILE TELEPHONES; COMMUNICATIONS BY ELECTRONIC COMPUTER TERMINALS; PROVIDING ACCESS TO DATABASES AND INTERNET RELATED TELECOMMUNICATIONS NETWORKS; COMMUNICATIONS BY A COMMUNICATIONS SYSTEM CONSISTING OF TELETYPEWRITERS CONNECTED TO A TELEPHONIC NETWORK TO SEND AND RECEIVE SIGNALS; COMMUNICATIONS BY TELEGRAPH; COMMUNICATIONS BY TELEPHONE; COMMUNICATIONS BY FACSIMILE; PAGING BY RADIO; COMMUNICATIONS BY TELECONFERENCING; CABLE TELEVISION BROADCASTING; RADIO BROADCASTING; PRESS AND INFORMATION AGENCY SERVICES, SPECIFICALLY, TRANSMISSION OF NEWS INCLUDING SPORTS RESULTS AND ENTERTAINMENT; OTHER MESSAGE TRANSMISSION SERVICES, SPECIFICALLY, DELIVERY OF MESSAGES BY ELECTRONIC MEANS; BROADCASTING OF A COMMERCIAL SITE ON THE INTERNET; STREAMING OF RADIO AND TELEVISION PROGRAMMING AND BROADCASTING SERVICES PROVIDED VIA THE INTERNET; ELECTRONIC MESSAGING; PROVIDING ACCESS TO COMPUTER BULLETIN BOARDS, AND REAL-TIME CHAT FORUMS FOR TRANSMISSION OF MESSAGES AMONG USERS CONCERNING SPORTS AND ENTERTAINMENT; TRANSMISSION OF MESSAGES AND IMAGES VIA COMPUTER; PROVIDING ACCESS TO TELECOMMUNICATIONS CHANNELS FOR HOME AND OFFICE TELESHOPPING SERVICES VIA COMPUTER AND/OR INTERACTIVE COMMUNICATIONS TECHNOLOGIES; TELECOMMUNICATION OF INFORMATION INCLUDING WEB PAGES, COMPUTER PROGRAMS AND ANY OTHER DATA, SPECIFICALLY, DATA TRANSMITTED BY ELECTRONIC COMMUNICATIONS NETWORK; ELECTRONIC MAIL SERVICES; PROVIDING USER ACCESS TO THE INTERNET; PROVIDING TELECOMMUNICATIONS CONNECTIONS TO THE INTERNET OR DATABASES; PROVIDING ACCESS TO DIGITAL MUSIC WEB SITES ON THE INTERNET; PROVIDING ACCESS TO MP3 WEB SITES ON THE INTERNET; DELIVERY OF DIGITAL MUSIC BY TELECOMMUNICATIONS; RENTAL OF ACCESS TIME TO A CENTRAL DATABASE AVAILABLE ON THE INTERNET; PROVIDING ACCESS TO SEARCH ENGINE DATABASES; MANAGEMENT OF CHAT FORUMS ON THE INTERNET FOR TRANSMISSION OF MESSAGES AMONG COMPUTER USERS CONCERNING SPORTS AND ENTERTAINMENT; RENTAL OF TELECOMMUNICATION LINES FOR ACCESS TIME TO A CENTRAL SERVER DATABASE; RENTAL OF TELECOMMUNICATION LINES FOR ACCESS TIME TO A COMPUTER DATABASE; SIMULTANEOUS BROADCASTING OF FILMS AND OF VIDEO AND SOUNDS RE-

CORDINGS VIA ELECTRONIC COMMUNICA-TIONS NETWORKS, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FOR: TRANSPORT, NAMELY, COURIER SERVI-CES; TRAVEL ARRANGEMENT, IN CLASS 39 (U.S. CLS. 100 AND 105).

FOR: EDUCATIONAL RESEARCH; PROVIDING OF TRAINING SERVICES IN THE FIELDS OF BIATHLON, BOBSLEIGH, CURLING, ICE HOCKEY, LUGE, SKATING, SKIING, AQUATICS, ARCHERY, ATHLETICS, BADMINTON, BASEBALL, BASKET-BALL, BOXING, CANOE/KAYAK, CYCLING, EQUESTRIAN, FENCING, FOOTBALL, GYMNAS-TICS, HANDBALL, HOCKEY, JUDO, MODERN PENTATHLON, ROWING, SAILING, SHOOTING, SOFTBALL, TABLE TENNIS, TAE KWON DO, TEN-NIS, TRIATHLON, VOLLEYBALL, WEIGHTLIFT-ING, AND WRESTLING; ENTERTAINMENT IN THE NATURE OF INTERNATIONAL SPORTING EVENTS, NAMELY, AQUATICS PERFORMANCES, ARCHERY PERFORMANCES, ATHLETICS PER-FORMANCES, BADMINTON PERFORMANCES, BASEBALL PERFORMANCES, BASKETBALL PER-FORMANCES, BOXING PERFORMANCES, CA-NOE/KAYAK PERFORMANCES, CYCLING PERFORMANCES, EQUESTRIAN PERFORMAN-CES, FENCING PERFORMANCES, FOOTBALL PERFORMANCES, GYMNASTICS PERFORMAN-CES, HANDBALL PERFORMANCES, HOCKEY PERFORMANCES, JUDO PERFORMANCES, MOD-ERN PENTATHLON PERFORMANCES, ROWING PERFORMANCES, SAILING PERFORMANCES, SHOOTING PERFORMANCES, SOFTBALL PER-FORMANCES, TABLE TENNIS PERFORMANCES, TAE KWON DO PERFORMANCES, TENNIS PER-FORMANCES, TRIATHLON PERFORMANCES, VOLLEYBALL PERFORMANCES, WEIGHTLIFT-ING PERFORMANCES, WRESTLING PERFOR-MANCES; ORGANIZING INTERNATIONAL COMMUNITY SPORTING AND CULTURAL EVENTS, TELEVISION SHOW PRODUCTION IN THE FIELD OF SPORTING AND CULTURAL EN-TERTAINMENT; ORGANIZATION OF CULTURAL AND EDUCATIONAL EXHIBITIONS IN THE FIELD OF SPORTS; ORGANIZATION OF LOTTERIES; BETTING AND GAMBLING SERVICES RELATING TO OR IN CONJUNCTION WITH SPORT; ENTER-TAINMENT SERVICES PROVIDED AT OR RELAT-ING TO SPORTS EVENTS, NAMELY, PRESENTATION OF LIVE SHOW PERFORMANCES IN THE NATURE OF OPENING AND CLOSING CEREMONIES OF INTERNATIONAL SPORTS EVENTS; ORGANIZATION OF INTERNATIONAL COMMUNITY SPORTING AND CULTURAL EVENTS; ORGANISATION OF SPORTING COMPE-TITIONS, NAMELY, BIATHLON, BOBSLEIGH, CURLING, ICE HOCKEY, LUGE, SKATING AND SKIING, AQUATICS, ARCHERY, ATHLETICS, BAD-MINTON, BASEBALL, BASKETBALL, BOXING, CA-NOE/KAYAK, CYCLING, EQUESTRIAN, FENCING, FOOTBALL, GYMNASTICS, HAND-BALL, HOCKEY, JUDO, MODERN PENTATHLON, ROWING, SAILING, SHOOTING, SOFTBALL, TA-BLE TENNIS, TAE KWON DO, TENNIS, TRIATH-LON, VOLLEYBALL, WEIGHTLIFTING,

WRESTLING COMPETITIONS; MANAGEMENT OF SPORTING FACILITIES, NAMELY, PROVIDING SPORTS FACILITIES; RENTAL OF AUDIO AND VIDEO EQUIPMENT; PRODUCTION AND DISTRI-BUTION OF MOTION PICTURE FILMS; PRODUC-TION OF VIDEO TAPES AND AUDIO SOUNDS RECORDINGS; RENTAL OF FILMS AND VIDEO TAPES AND SOUNDS RECORDINGS; RENTAL OF INTERACTIVE EDUCATION AND ENTERTAIN-MENT VIDEOTAPES IN THE FIELD OF SPORTS; PRODUCTION OF RADIO AND TELEVISION PRO-GRAMS FEATURING COVERAGE OF SPORTS AND SPORTING EVENTS; RADIO AND TELEVI-SION PROGRAM AND VIDEO TAPE PRODUCTION SERVICES; PRODUCTION OF ANIMATED MO-TION PICTURE FILMS; PRODUCTION OF ANIMA-TED TELEVISION PROGRAMS; SEAT BOOKING SERVICES FOR SHOWS AND SPORTING EVENTS; TIMING OF SPORTS EVENTS; ORGANISATION OF BEAUTY CONTESTS; ON-LINE GAMBLING SERVI-CES; PROVIDING OF GAMES OVER THE INTER-NET, NAMELY, ON-LINE COMPUTER GAMES; PROVIDING OF RAFFLE SERVICES IN THE NAT-URE OF A LOTTERY; PROVIDING INFORMATION RELATING TO SPORTS ENTERTAINMENT AND EDUCATION, PROVIDED ON-LINE FROM A COM-PUTER DATABASE OR THE INTERNET; ELEC-TRONIC GAMES SERVICES PROVIDED BY MEANS OF THE INTERNET, NAMELY, PROVIDING ON-LINE COMPUTER GAMES; PROVIDING ON-LINE ELECTRONIC PUBLICATIONS, NAMELY, PUBLI-CATION OF ELECTRONIC MAGAZINES AND NEWSPAPERS; PUBLICATION OF ELECTRONIC BOOKS, REVIEWS, JOURNALS, MAGAZINES, TEXTS OTHER THAN PUBLICITY TEXTS; ON-LINE PUBLICATION OF ELECTRONIC BOOKS, RE-VIEWS, JOURNALS, MAGAZINES, TEXTS OTHER THAN PUBLICITY TEXTS; PROVIDING NON-DOWNLOADABLE DIGITAL MUSIC ON THE IN-TERNET VIA A GLOBAL COMPUTER NETWORK; PROVIDING NON-DOWNLOADABLE DIGITAL MUSIC BY MEANS OF MP3 INTERNET WEB SITES ON A GLOBAL COMPUTER NETWORK; PROVID-ING SPORT RECORDS AND STATISTICAL INFOR-MATION IN CONNECTION WITH SPORTS AND SPORTING EVENTS; LEASING OF RECORDED SOUND AND IMAGES, NAMELY, AUDIO, VIDEO AND PHOTOGRAPHIC ARCHIVES RELATING TO SPORT COMPETITIONS AND RELATED EVENTS; AUDIO PRODUCTION SERVICES; PROVIDING IN-FORMATION IN THE FIELD OF SPORTS, NAME-LY, PROVIDING SPORTING RESULTS; PROVIDING INFORMATION RELATED TO SPORTING EVENTS PROVIDED ON-LINE FROM A COMPUTER DATABASE OR FROM THE INTER-NET; MUSIC PUBLISHING AND PRODUCTION SERVICES; PROVIDING NON-DOWNLOADABLE DIGITAL MUSIC, NAMELY, MUSIC FROM THE OPENING AND CLOSING CEREMONIES OF IN-TERNATIONAL SPORTING EVENTS, VIA THE IN-TERNET, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FOR: SCIENTIFIC AND TECHNOLOGICAL SER-VICES AND RESEARCH AND DESIGN RELATING THERETO IN THE FIELD OF MEDICAL AND PHARMACO-TOXICOLOGICAL SCIENCE AND TESTING; INDUSTRIAL ANALYSIS AND RE-

SEARCH SERVICES IN THE FIELD OF MEDICAL AND PHARMACO-TOXICOLOGICAL SCIENCE AND TESTING; LABORATORY ANALYSIS IN THE FIELD OF MEDICAL AND PHARMACO-TOXICO-LOGICAL SCIENCE AND TESTING; DESIGN AND DEVELOPMENT OF COMPUTER HARDWARE AND SOFTWARE , IN CLASS 42 (U.S. CLS. 100 AND 101).

FOR: SERVING FOOD AND DRINKS; PROVID-ING TEMPORARY ACCOMMODATIONS, RESTAU-RANT SERVICES, IN CLASS 43 (U.S. CLS. 100 AND 101).

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF SWITZERLAND REG. NO. 542941, DATED 2-22-2006, EXPIRES 11-23-2015.

OWNER OF SWITZERLAND REG. NO. 515349, DATED 10-23-2003, EXPIRES 5-16-2013.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "LONDON" AS TO INTERNATION-AL CLASSES 36, 37, 39 AND 41, APART FROM THE MARK AS SHOWN.

SER. NO. 77-281,874, FILED 9-18-2007.

JUDITH HELFMAN, EXAMINING ATTORNEY

**Int. Cl.: 41**

**Prior U.S. Cls.: 100, 101, and 107**

**Reg. No. 3,261,506**

## United States Patent and Trademark Office

**Registered July 10, 2007**

**SERVICE MARK**
**PRINCIPAL REGISTER**

# VANCOUVER 2010

COMITÉ INTERNATIONAL OLYMPIQUE (SWIT-
ZERLAND ASSOCIATION)
CHÂTEAU DE VIDY
LAUSANNE, SWITZERLAND 1007

FOR: ORGANIZING CULTURAL EVENTS,
NAMELY, MUSICAL, THEATRICAL AND DANCE
EXHIBITIONS; MOTION PICTURE FILM PRODUC-
TION; PROVIDING INFORMATION IN THE FIELD
OF SPORTS ENTERTAINMENT AND RELATED
TOPICS BY MEANS OF A WEBSITE ON A GLOBAL
COMPUTER INFORMATION NETWORK; ORGA-
NIZING SPORTS COMPETITIONS AND GAMES;
ENTERTAINMENT SERVICES, NAMELY, PRODU-
CING RADIO AND TELEVISION PROGRAMMING

FEATURING INTERNATIONAL ATHLETIC
EVENTS AND SUBJECT MATTER RELATED
THERETO, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 2-26-2006; IN COMMERCE 2-26-2006.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SN 76-583,153, FILED 3-26-2004.

EVELYN BRADLEY, EXAMINING ATTORNEY

Int. Cls.: 35 and 41

Prior U.S. Cls.: 100, 101, 102 and 107

**United States Patent and Trademark Office**

Reg. No. 3,488,710

Registered Aug. 19, 2008

## SERVICE MARK
### PRINCIPAL REGISTER

# ⬭⬭⬭ SOCHI 2014

COMITE INTERNATIONAL OLYMPIQUE (SWITZERLAND UNINCORPORATED ASSOCIATION)
CHATEAU DE VIDY
1007 LAUSANNE, SWITZERLAND

FOR: ADVERTISING; DISSEMINATION OF ADVERTISING MATTER VIA ALL MEDIA, IN PARTICULAR IN THE FORM OF THEMATIC MESSAGES CENTERED ON HUMAN VALUES; PROMOTION OF PRODUCTS AND SERVICES OF THIRD PARTIES THROUGH SPONSORING ARRANGEMENTS AND LICENSE AGREEMENTS RELATING TO INTERNATIONAL SPORTS' EVENTS; BUSINESS MANAGEMENT; BUSINESS ADMINISTRATION; PROVIDING OFFICE FUNCTIONS; PROMOTING THE GOODS AND SERVICES OF OTHERS BY MEANS OF CONTRACTUAL AGREEMENTS, NAMELY, ARRANGING FOR SPONSORS TO AFFILIATE THEIR GOODS AND SERVICES WITH AN AWARDS PROGRAM, A SPORTS COMPETITION AND SPORTING ACTIVITIES AND LICENSING AGREEMENTS RELATING TO INTERNATIONAL SPORTS' EVENTS TO ENABLE PARTNERS TO GAIN ADDITIONAL NOTORIETY AND IMAGE DERIVED FROM THOSE OF CULTURAL AND SPORTING EVENTS, IN PARTICULAR INTERNATIONAL SPORTING EVENTS; PROMOTING THE GOODS AND SERVICES OF OTHERS BY MEANS OF IMAGE TRANSFER, NAMELY, MAKING THE PARTNERS' PRODUCTS AND SERVICES BENEFIT FROM THE NOTORIETY AND ATTRACTIVENESS OF SPORTING EVENTS AND COMPETITIONS BY ARRANGING FOR SPONSORS TO AFFILIATE THEIR GOODS AND SERVICES WITH A SPORTS COMPETITION; RENTAL OF ADVERTISING SPACE OF ALL KINDS AND ON ALL CARRIERS, DIGITAL OR NOT; BUSINESS MANAGEMENT SERVICES, NAMELY, ADMINISTRATION OF COMPETITIONS FOR THE PARTICIPATION OF NATIONAL TEAMS TO AN INTERNATIONAL ATHLETIC COMPETITION, AND PROMOTING THE SUPPORT TO SAID TEAMS WITH THE PUBLIC AND THE CONCERNED CIRCLES BY MEANS OF PROMOTIONAL CAMPAIGNS IN THE MEDIA; DISTRIBUTORSHIP SERVICES IN THE FIELD OF VIDEO TAPES AND AUDIO SOUND RECORDINGS; MANAGEMENT OF SPORTING FACILITIES; ALL AFORESAID SERVICES IN RELATION TO THE PROMOTING AND ORGANIZATION OF THE OLYMPIC GAMES, WHICH WILL BE HELD IN SOCHI IN 2014, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FOR: EDUCATIONAL RESEARCH; PROVIDING OF TRAINING, NAMELY, TRAINING SERVICES IN THE FIELD OF BIATHLON, BOBSLEIGH, CURLING, ICE HOCKEY, LUGE, SKATING, SKIING; ENTERTAINMENT IN THE NATURE OF INTERNATIONAL EVENTS, NAMELY, BIATHLON, BOBSLEIGH, CURLING, ICE HOCKEY, LUGE, SKATING, SKIING SPORTING COMPETITIONS; ORGANIZING INTERNATIONAL COMMUNITY SPORTING AND CULTURAL EVENTS, TELEVISION SHOW PRODUCTION IN THE FIELD OF SPORTING AND CULTURAL ENTERTAINMENT; ORGANIZATION OF CULTURAL AND EDUCATIONAL EXHIBITIONS IN THE FIELD OF SPORTS; ORGANIZATION OF LOTTERIES; BETTING AND GAMBLING SERVICES RELATING TO OR IN CONJUNCTION WITH SPORT; ENTERTAINMENT SERVICES PROVIDED AT OR RELATING TO SPORTS EVENTS, NAMELY, PRESENTATION OF LIVE SHOW PERFORMANCES IN THE NATURE OF OPENING AND CLOSING CEREMONIES OF INTERNATIONAL SPORTS EVENTS; ORGANISATION OF INTERNATIONAL COMMUNITY SPORTING AND CULTURAL EVENTS; ORGANISATION OF SPORTING COMPETITIONS, NAMELY, BIATHLON, BOBSLEIGH, CURLING, ICE HOCKEY, LUGE, SKATING AND SKIING COMPETITIONS; RENTAL SERVICES FOR AUDIO AND VIDEO EQUIPMENT; PRODUCTION AND DISTRIBUTION OF MOTION PICTURE FILMS; PRODUCTION OF VIDEO TAPES AND AUDIO SOUND RECORDINGS; RENTAL OF FILMS AND VIDEO TAPES AND SOUND RECORDINGS; PRESENTATION OF INTERACTIVE EDUCATION AND ENTERTAINMENT IN THE FIELD OF SPORTS, NAMELY, PRODUCTION OF SPORTS TELEVISION PROGRAMS; RENTAL OF INTERACTIVE EDUCATION AND ENTERTAINMENT VIDEOTAPES IN THE FIELD OF SPORTS; PRODUCTION OF RADIO AND TELEVISION PROGRAMS FEATURING COVERAGE OF SPORTS AND SPORTING EVENTS;

RADIO AND TELEVISION PROGRAM AND VIDEO TAPE PRODUCTION SERVICES; PRODUCTION OF ANIMATED MOTION PICTURE FILMS; PRODUCTION OF ANIMATED TELEVISION PROGRAMS; SEAT BOOKING SERVICES FOR SHOWS AND SPORTING EVENTS; TIMING OF SPORTS EVENTS; ORGANIZATION OF BEAUTY CONTESTS; ON-LINE GAMBLING SERVICES; PROVIDING OF GAMES OVER THE INTERNET, NAMELY, ON-LINE COMPUTER GAMES; PROVIDING OF RAFFLE SERVICES IN THE NATURE OF A LOTTERY; PROVIDING INFORMATION RELATING TO SPORTS ENTERTAINMENT AND EDUCATION, PROVIDED ON-LINE FROM A COMPUTER DATABASE OR THE INTERNET; ELECTRONIC GAMES SERVICES PROVIDED BY MEANS OF THE INTERNET, NAMELY, PROVIDING ON-LINE COMPUTER GAMES; PROVIDING ON-LINE ELECTRONIC PUBLICATIONS, NAMELY, PUBLICATION OF ELECTRONIC MAGAZINES AND NEWSPAPERS; PUBLICATION OF ELECTRONIC BOOKS, REVIEWS, JOURNALS, MAGAZINES, TEXTS OTHER THAN PUBLICITY TEXTS; ON-LINE PUBLICATION OF ELECTRONIC BOOKS, REVIEWS, JOURNALS, MAGAZINES, TEXTS OTHER THAN PUBLICITY TEXTS; PROVIDING NON-DOWNLOADABLE DIGITAL MUSIC ON THE INTERNET VIA A GLOBAL COMPUTER NETWORK; PROVIDING NON-DOWNLOADABLE DIGITAL MUSIC BY MEANS OF MP3 INTERNET WEB SITES ON A GLOBAL COMPUTER NETWORK; PROVIDING SPORT RE-CORDS AND STATISTICAL INFORMATION IN CONNECTION WITH SPORTS AND SPORTING EVENTS; LEASING OF RECORDED SOUND AND IMAGES, NAMELY, RENTAL OF SOUND RECORDINGS AND VIDEO TAPES; AUDIO PRODUCTION SERVICES; PROVIDING INFORMATION IN THE FIELD OF SPORTS, NAMELY, PROVIDING SPORTING RESULTS; PROVIDING INFORMATION RELATED TO SPORTING EVENTS PROVIDED ON-LINE FROM A COMPUTER DATABASE OR FROM THE INTERNET; MUSIC PUBLISHING AND PRODUCTION SERVICES; PROVIDING NON-DOWNLOADABLE DIGITAL MUSIC, NAMELY, MUSIC FROM THE OPENING AND CLOSING CEREMONIES OF INTERNATIONAL SPORTING EVENTS VIA A GLOBAL COMPUTER NETWORK; ALL AFORESAID SERVICES IN RELATION TO THE PROMOTING AND ORGANIZATION OF THE OLYMPIC GAMES, WHICH WILL BE HELD IN SOCHI IN 2014, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

PRIORITY CLAIMED UNDER SEC. 44(D) ON SWITZERLAND APPLICATION NO. 01482/2005, FILED 12-9-2005, REG. NO. 543911, DATED 12-9-2005, EXPIRES 12-8-2015.

SER. NO. 78-892,869, FILED 5-25-2006.

COLLEEN DOMBROW, EXAMINING ATTORNEY

Int. Cls.: 35 and 41

Prior U.S. Cls.: 100, 101, 102 and 107

**United States Patent and Trademark Office**

Reg. No. 3,479,682

Registered Aug. 5, 2008

**SERVICE MARK**
**PRINCIPAL REGISTER**

COMITÉ INTERNATIONAL OLYMPIQUE (SWITZERLAND ASSOCIATION.), DBA INTERNATIONAL OLYMPIC COMMITTEE

CHÂTEAU DE VIDY

1007 LAUSANNE, SWITZERLAND

FOR: ADVERTISING; DISSEMINATION OF ADVERTISING MATTER VIA ALL MEDIA, NAMELY, IN THE FORM OF THEMATIC MESSAGES CENTERED ON HUMAN VALUES; PROMOTION OF PRODUCTS AND SERVICES OF THIRD PARTIES THROUGH SPONSORING ARRANGEMENTS AND LICENSE AGREEMENTS RELATING TO INTERNATIONAL SPORTS' EVENTS; BUSINESS MANAGEMENT; BUSINESS ADMINISTRATION; PROVIDING OFFICE FUNCTIONS; PROMOTING THE GOODS AND SERVICES OF OTHERS BY MEANS OF CONTRACTUAL AGREEMENTS, NAMELY, ARRANGING FOR SPONSORS TO AFFILIATE THEIR GOODS AND SERVICES WITH AN AWARDS PROGRAM, A SPORTS COMPETITION AND SPORTING ACTIVITIES AND LICENSING AGREEMENTS RELATING TO INTERNATIONAL SPORTS' EVENTS TO ENABLE PARTNERS TO GAIN ADDITIONAL NOTORIETY AND/OR IMAGE DERIVED FROM THOSE OF CULTURAL AND SPORTING EVENTS, IN PARTICULAR INTERNATIONAL SPORTING EVENTS; PROMOTING THE GOODS AND SERVICES OF OTHERS BY MEANS OF IMAGE TRANSFER, NAMELY, MAKING THE PARTNERS' PRODUCTS AND SERVICES BENEFIT FROM THE NOTORIETY AND ATTRACTIVENESS OF SPORTING EVENTS AND COMPETITIONS; RENTAL OF ADVERTISING SPACE OF ALL KINDS AND ON ALL CARRIERS, DIGITAL OR NOT; BUSINESS MANAGEMENT SERVICES, NAMELY, ADMINISTRATION OF COMPETITIONS FOR THE PARTICIPATION OF NATIONAL TEAMS TO AN INTERNATIONAL ATHLETIC COMPETITION, AND PROMOTING THE SUPPORT TO SAID TEAMS WITH THE PUBLIC AND THE CONCERNED CIRCLES BY MEANS OF PROMOTIONAL CAMPAIGNS IN THE MEDIA, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FOR: EDUCATIONAL RESEARCH; PROVIDING OF TRAINING, NAMELY, TRAINING SERVICES IN THE FIELDS OF BIATHLON, BOBSLEIGH, CURLING, ICE HOCKEY, LUGE, SKATING, SKIING, AQUATICS, ARCHERY, ATHLETICS, BADMINTON, BASEBALL, BASKETBALL, BOXING, CANOEING, KAYAKING, CYCLING, EQUESTRIAN, FENCING, FOOTBALL, GYMNASTICS, HANDBALL, HOCKEY, JUDO, MODERN PENTATHLON, ROWING, SAILING, SHOOTING, SOFTBALL, TABLE TENNIS, TAEKWONDO, TENNIS, TRIATHLON, VOLLEYBALL, WEIGHTLIFTING, AND WRESTLING; ENTERTAINMENT IN THE NATURE OF INTERNATIONAL SPORTING EVENTS, NAMELY, AQUATICS PERFORMANCES, ARCHERY PERFORMANCES, ATHLETICS PERFORMANCES, BADMINTON PERFORMANCES, BASEBALL PERFORMANCES, BASKETBALL PERFORMANCES, BOXING PERFORMANCES, CANOEING AND KAYAKING PERFORMANCES, CYCLING PERFORMANCES, EQUESTRIAN PERFORMANCES, FENCING PERFORMANCES, FOOTBALL PERFORMANCES, GYMNASTICS PERFORMANCES, HANDBALL PERFORMANCES, HOCKEY PERFORMANCES, JUDO PERFORMANCES, MODERN PENTATHLON PERFORMANCES, ROWING PERFORMANCES, SAILING PERFORMANCES, SHOOTING PERFORMANCES, SOFTBALL PERFORMANCES, TABLE TENNIS PERFORMANCES, TAEKWONDO PERFORMANCES, TENNIS PERFORMANCES, TRIATHLON PERFORMANCES, VOLLEYBALL PERFORMANCES, WEIGHTLIFTING PERFORMANCES, AND WRESTLING PERFORMANCES; ORGANIZING INTERNATIONAL COMMUNITY SPORTING AND CULTURAL EVENTS, TELEVISION SHOW PRODUCTION IN THE FIELD OF SPORTING AND CULTURAL ENTERTAINMENT; ORGANIZATION OF CULTURAL AND EDUCATIONAL EXHIBITIONS IN THE FIELD OF SPORTS; ORGANIZATION OF LOTTERIES; BETTING AND GAMBLING SERVICES RELATING TO OR IN CONJUNCTION WITH SPORT; ENTERTAINMENT SERVICES PROVIDED AT OR RELATING TO SPORTS EVENTS, NAMELY PRESENTATION OF LIVE SHOW PERFORMANCES

IN THE NATURE OF OPENING AND CLOSING CEREMONIES OF INTERNATIONAL SPORTS EVENTS; ORGANIZATION OF INTERNATIONAL COMMUNITY SPORTING AND CULTURAL EVENTS; ORGANIZATION OF SPORTING COMPETITIONS, NAMELY, BIATHLON, BOBSLEIGH, CURLING, ICE HOCKEY, LUGE, SKATING AND SKIING, AQUATICS, ARCHERY, ATHLETICS, BADMINTON, BASEBALL, BASKETBALL, BOXING, CANOEING , KAYAKING, CYCLING, EQUESTRIAN, FENCING, FOOTBALL, GYMNASTICS, HANDBALL, HOCKEY, JUDO, MODERN PENTATHLON, ROWING, SAILING, SHOOTING, SOFTBALL, TABLE TENNIS, TAEKWONDO, TENNIS, TRIATHLON, VOLLEYBALL, WEIGHTLIFTING, AND WRESTLING COMPETITIONS; MANAGEMENT OF SPORTING FACILITIES, NAMELY, PROVIDING SPORTS FACILITIES; RENTAL OF AUDIO AND VIDEO EQUIPMENT; PRODUCTION AND DISTRIBUTION OF MOTION PICTURE FILMS; PRODUCTION OF VIDEO TAPES AND AUDIO SOUNDS RECORDINGS; RENTAL OF FILMS AND VIDEO TAPES AND SOUNDS RECORDINGS; PRESENTATION, RENTAL OF INTERACTIVE EDUCATION AND ENTERTAINMENT VIDEOTAPES IN THE FIELD OF SPORTS; PRODUCTION OF RADIO AND TELEVISION PROGRAMS FEATURING COVERAGE OF SPORTS AND SPORTING EVENTS; RADIO AND TELEVISION PROGRAM AND VIDEO TAPE PRODUCTION SERVICES; PRODUCTION OF ANIMATED MOTION PICTURE FILMS; PRODUCTION OF ANIMATED TELEVISION PROGRAMS; SEAT BOOKING SERVICES FOR SHOWS AND SPORTING EVENTS; TIMING OF SPORTS EVENTS; ORGANIZATION OF BEAUTY CONTESTS; ON-LINE GAMBLING SERVICES; PROVIDING OF GAMES OVER THE INTERNET, NAMELY, ON-LINE COMPUTER GAMES; PROVIDING OF RAFFLE SERVICES IN THE NATURE OF A LOTTERY; PROVIDING INFORMATION RELATING TO SPORTS ENTERTAINMENT AND EDUCATION, PROVIDED ON-LINE FROM A COMPUTER DATABASE OR THE INTERNET; ELECTRONIC GAMES SERVICES PROVIDED BY MEANS OF THE INTERNET, NAMELY, PROVIDING ON-LINE COMPUTER GAMES; PROVIDING ON-LINE ELECTRONIC PUBLICATIONS, NAMELY, PUBLICATION OF ELECTRONIC MAGAZINES AND NEWSPAPERS; PUBLICATION OF ELECTRONIC BOOKS, REVIEWS, JOURNALS, MAGAZINES, TEXTS OTHER THAN PUBLICITY TEXTS; ON-LINE PUBLICATION OF ELECTRONIC BOOKS, REVIEWS, JOURNALS, MAGAZINES, TEXTS OTHER THAN PUBLICITY TEXTS; PROVIDING NON-DOWNLOADABLE DIGITAL MUSIC ON THE INTERNET VIA A GLOBAL COMPUTER NETWORK; PROVIDING NON-DOWNLOADABLE DIGITAL MUSIC BY MEANS OF MP3 INTERNET WEB SITES ON A GLOBAL COMPUTER NETWORK; PROVIDING SPORT RECORDS AND STATISTICAL INFORMATION IN CONNECTION WITH SPORTS AND SPORTING EVENTS; LEASING OF RECORDED SOUND AND IMAGES, NAMELY, AUDIO, VIDEO AND PHOTOGRAPHIC ARCHIVES RELATING TO SPORT COMPETITIONS AND RELATED EVENTS; AUDIO PRODUCTION SERVICES; PROVIDING INFORMATION IN THE FIELD OF SPORTS, NAMELY, PROVIDING SPORTING RESULTS; PROVIDING INFORMATION RELATED TO SPORTING EVENTS PROVIDED ON-LINE FROM A COMPUTER DATABASE OR FROM THE INTERNET; MUSIC PUBLISHING AND PRODUCTION SERVICES; PROVIDING NON-DOWNLOADABLE DIGITAL MUSIC, NAMELY, MUSIC FROM THE OPENING AND CLOSING CEREMONIES OF INTERNATIONAL SPORTING EVENTS VIA THE INTERNET, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

PRIORITY CLAIMED UNDER SEC. 44(D) ON SWITZERLAND APPLICATION NO. 55582/2007, FILED 5-25-2007, REG. NO. 564080, DATED 5-25-2007, EXPIRES 5-25-2017.

THE MARK CONSISTS OF THE DESIGN OF FIVE INTERLOCKING RINGS TO THE LEFT OF THE WORDING "RIO 2016".

SER. NO. 77-326,573, FILED 11-10-2007.

JEFFERY COWARD, EXAMINING ATTORNEY