# HowardRice

Three Embarcadero Center, Seventh Floor
San Francisco, CA 94111-4024
415 434 1600 main
415 677 6262 fax
howardrice.com

Sarah J. Givan
sgivan@howardrice.com

June 14, 2011

**VIA E-MAIL** (abachand@yahoo.com; abachand@superbowl-rooms.com)
and **FEDERAL EXPRESS**

Mr. Alan Bachand
6002 Arlington Way
Port Pierce, FL 23951

Re:     Infringing Use of OLYMPIC Trademarks and Symbols
         File No. 40120.0992

Dear Mr. Bachand:

We are outside litigation counsel for the United States Olympic Committee (the "USOC").  As you know, in early 2009, in-house counsel for the USOC wrote and called you repeatedly to advise that you were violating federal law by virtue of your use of a domain name (www.olympicsbesthotels.com) that included the trademark OLYMPIC, as well as by your use of the words OLYMPICS, VANCOUVER 2010, LONDON 2012, and depiction of the Olympic Rings (collectively, the "Olympic Marks") on the olympicsbesthotel.com website and other sites, including the site located at www.superbowl-rooms.com.[1]  Due to your lack of cooperation, on October 27, 2009 the USOC filed a Complaint with the WIPO Arbitration and Mediation Center under the Uniform Domain-Name Dispute-Resolution Policy. WIPO ruled in favor of the USOC and in January 2010 the www.olympicsbesthotels.com domain name was transferred to the USOC.

The USOC is extremely displeased to have discovered that you are once again making infringing use of the OLYMPIC Marks.  In particular, it appears that you are using the Olympic Marks, as well as the logo of the London 2012 Organizing Committee, on the following websites purporting to offer tickets and lodging for the Olympic Games: superhotelrooms.com, 14sb.com, best2010hotels.com, thefinalshotels.com, tailgateus.com, and superhotelsbowl.com.  Printouts of these infringing uses are attached.

This use must stop **immediately**.  You have known at least since February 2009 that your use of the Olympic Marks is in violation of federal law.  Your continued use of the Olympic Marks therefore is willful, which exposes you to triple damages.  Further, if the USOC is forced to file a lawsuit against you, you will be required not only to cease your use of the Olympic Marks

---

[1]A copy of this correspondence is attached.

Mr. Alan Bachand
June 14, 2011
Page 2

immediately, but you will be required to reimburse the USOC for the attorneys' fees that it will have been forced to expend in bringing the lawsuit.

It is in neither the USOC's nor your interest that this matter wind up in litigation.  However, if, by **Tuesday, June 21, 2011,** I do not hear from you that you are prepared to come into compliance with federal law, that is precisely where this matter is headed.  I strongly urge you or your counsel to contact me by that date.

Sincerely,

Sarah J. Givan

Enclosures

**USA**

Kelly Maser
Associate General Counsel
Intellectual Property

September 4, 2009

VIA E-MAIL AND OVERNIGHT MAIL

Mr. Alan Bachand: alan@olympicsbesthotels.com
www.OlympicsBestHotels.com
6002 Arlington Way
Fort Pierce, FL 23951

Re:    Unauthorized use of Olympic Trademarks

Dear Mr. Bachand:

The U.S. Olympic Committee ("USOC") has contacted you several times
regarding this matter. Enclosed is my most recent letter to you dated August 25, 2009.
The USOC continues to object to your unauthorized use of Olympic trademarks to
promote the sale of hospitality services at the Olympic Games in Vancouver in 2010,
London in 2012 and Sochi, Russia in 2014. Our objections apply to any web site under
your control, but we are particularly concerned about: www.OlympicsBestHotels.com.

You are now well aware of the USOC's exclusive rights under federal law to
use and control the commercial use of Olympic imagery and terminology in the United
States. If you continue to ignore the USOC's demands and use our intellectual
property without consent, such infringement will be deemed willful and may subject
you to trebled damages should this matter result in litigation.

If we do not hear back from you by September 10, 2009, we will need to turn
this matter over to our outside counsel for further handling.

Sincerely,

Kelly C. Maser

cc: Carol Gross
Enclosure

U.S. Olympic Committee   •   1 Olympic Plaza   •   Colorado Springs, CO 80909
tel. 719.866.4115   •   fax. 719.866.4839   •   email kelly.maser@usoc.org   •   www.usolympicteam.com

10-06-09; 02:39PM; ; # 4/ 13

UPS CampusShip: Shipment Label Page 1 of 1

**UPS CampusShip: View/Print Label**

1. **Print the label(s):** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers without a Daily Pickup**
   - Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   - Hand the package to any UPS driver in your area.
   - Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services℠ (including via Ground) are also accepted at Drop Boxes.
   - To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.

   **Customers with a Daily Pickup**
   - Your driver will pickup your shipment(s) as usual.

FOLD HERE



## Lucy Denley

| | |
|---|---|
| **From:** | Lucy Denley |
| **Sent:** | Tuesday, August 25, 2009 2:23 PM |
| **To:** | 'alan@olympicsbesthotels.com' |
| **Cc:** | Kelly Maser; Carol Gross; Ruby J. Haddock |
| **Subject:** | OlympicsBestHotels |
| **Importance:** | High |
| **Attachments:** | OlympicsBestHotels C&D.pdf; Act - Sec 220501.pdf |

Mr. Bachand,

The attached letter is being sent on behalf of Kelly Maser. Please contact us with any questions. Thanks.



Lucy Denley  ⬩  U.S. Olympic Committee  ⬩  Division of Legal Affairs
1 Olympic Plaza, Colorado Springs, CO 80909-5760
Phone (719) 866-2515  ⬩  Fax (719) 866-4694



8/25/2009

## UPS CampusShip: View/Print Label

1. **Print the label(s):** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers without a Daily Pickup**
   - Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   - Hand the package to any UPS driver in your area.
   - Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services℠ (including via Ground) are also accepted at Drop Boxes.
   - To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.

   **Customers with a Daily Pickup**
   - Your driver will pickup your shipment(s) as usual.

FOLD HERE





Kelly Maser
Associate General Counsel
Intellectual Property

August 25, 2009

VIA E-MAIL AND OVERNIGHT MAIL

Mr. Alan Bachand:  alan@olympicsbesthotels.com
www.OlympicsBestHotels.com
6002 Arlington Way
Fort Pierce, FL  23951

    Re:    Unauthorized use of Olympic Trademarks

Dear Mr. Bachand:

    This will follow up to the multiple e-mails and telephone conversations you have had with my colleague, Carol Gross, since last April concerning the unauthorized use of Olympic trademarks to promote the sale of hospitality services at the Olympic Games in Vancouver and London.  We are aware that you have used these Olympic properties on your web site www.OlympicsBestHotels.com, as well as the web site www.superbowl-rooms.com, although the latter site appears currently to be disabled.  The USOC's concerns apply to any web site under your control.

    As you have been informed, the United States Olympic Committee ("USOC") objects to your use of its intellectual property without permission to market and sell hotel rooms or accommodation packages.  Specifically, the USOC objects to your unauthorized use of the word OLYMPIC as a part of your domain name, in your email address, and on the web site.  We also object to your use of the federally registered Olympic trademarks VANCOUVER 2010 and LONDON 2012 in banner headlines and on prominent link buttons to advertise the sale of Olympic hospitality packages on your web site.  Use of Olympic marks and imagery to promote your company's services falsely suggests that the company has some official relationship with the USOC or the Olympic Games.

    The USOC's rights in this area are covered by the Olympic and Amateur Sports Act, in which Congress grants control of the exclusive right of the commercial use of all Olympic imagery and terminology in the United States.  36 U.S.C. § 220501 *et seq.* ("OASA").  Specifically, the USOC can file a civil action against any unauthorized commercial use of the word OLYMPIC.  *See* 36 U.S.C. § 220506(c)(3). (A copy of the relevant portion of the Act is enclosed for your reference.)  The OASA

OlympicsBestHotels
August 25, 2009
Page 2

association with the USOC or the Olympic Games. *See* 36 U.S.C. § 220506(c)(4). Congress granted these broad rights in order to allow the USOC to license these properties to official sponsors and licensees and thereby raise the funds necessary to train and support the U.S. Olympic and Paralympic Teams.

In addition to the USOC's rights under the OASA, the USOC owns numerous federal trademark registrations of or containing the word OLYMPIC. Thus, the mark is protected by traditional trademark law under the Lanham Act as well. Advertising your company's services under the mark OlympicsBestHotels is clearly intended to trade on the goodwill surrounding the Olympic Games. Consumers are likely to mistakenly believe that those services are somehow tied to or approved by the Olympic Movement. Therefore, we believe the unauthorized use of Olympic marks constitutes trademark infringement, dilution and unfair competition under the relevant federal and state laws.

Sponsorship and licensing programs play a vital role in the USOC's ability to support American athletes. Therefore, the USOC reserves the right to use Olympic marks and terminology to our official sponsors, suppliers and licensees. We work with companies like Hilton and United whose generous contributions have helped the U.S. Olympic Team proudly represent our country at the Olympic Games. If the USOC were to allow you to sell non-Hilton hotel rooms using Olympic marks and terminology, that would conflict with the rights we have granted to Hilton under its sponsorship agreement. If the USOC failed to police the unauthorized use of its marks, it would devalue the exclusive sponsorship rights that we currently offer and could damage the U.S. Olympic Team as a result.

We acknowledge that you have taken some initial steps to remove the most blatant Olympic trademarks from your web site. However, the continued presence of Olympic terminology throughout the site and in the domain name leads us to believe that consumers will mistakenly assume that your services are authorized or endorsed by the USOC, when they are not.

We request that you disable the Olympic domain: www.OlympicsBestHotels.com and refrain from registering any URL that features the intellectual property of the USOC. If you choose to advertise similar services on a web site hosted at a domain name that does not contain Olympic terminology, the USOC insists that you refrain from using the term OLYMPIC and any other USOC trademarks such as VANCOUVER 2010, GO FOR THE GOLD, LET THE GAMES BEGIN, etc.

OlympicsBes...otels
August 25, 2009
Page 3


  The USOC would like to resolve this matter on an amicable basis, but reserves
all legal rights and remedies in the event that you refuse to remove all Olympic
references from your web sites, advertisements and promotions.  Please review the
attached legislation with your counsel, and respond by no later than August 31, 2008.


       Sincerely,

       *Kelly C. Maser*

       Kelly C. Maser


cc:  Carol Gross

Enclosure



| | Olympics' Best Luxury and Affordable Hotels, Lodging and Accommodations | |
|---|---|---|
| Home | | |
| 2010 Olympics Hotels | |  |
| Super Bowl XLIV Hotels | | |
| NCAA Final Four Hotels | | |
| PGA Events Hotels | | |
| Contact Us | | |

**Olympics' Best Luxury and Affordable Hotels, Lodging and Accommodations**

Vancouver 2010 - London 2012 - Sochi 2014

**Best site for booking Winter and Summer games Lodging**

You can now book all your major events hotels and lodging on one site... OLYMPICS, SUPER BOWL, NCAA FINAL FOUR, MASTERS and RYDER CUP HOTELS here at www.OlympicsBestHotels.com. Book early for best the best deals.

**OLYMPICS HOTELS and Accommodations...**

We now have a choice of affordable and LUXURY accommodations in Vancouver and Whistler and surrounding mountain areas. Condos, Houses, Apartments and Hotels...

Book now your Hotel and Lodging needs for any major event:

- Vancouver 2010 Olympics, London 2012 Summer Games, Sochi, Russia 2014 Olympiads.
- Super Bowl XLIV in Miami, Super Bowl XLV in Dallas, Super Bowl XLVI in Indianapolis....
- NCAA Final Four in Detroit, Indianapolis, Houston...

**BUY and SELL your OLYMPICS HOTEL ROOMS here.  Best Hotel deals on the internet!**

You can buy and sell your hotel reservations here as early as you are ready for the trips and packages of your lifetime.  Best packages and experience to see the Winter and Summer Olympic Games!

**Email ALL your request to hotels@OlympicsBestHotels.com or call 1-478-737-2695**





VANCOUVER WHISTLER

BOOK VANCOUVER 2010 OLYMPICS HOTELS now! Click here to book!



BOOK SUPER BOWL XLIII MIAMI BEACH HOTELS now! Click here to book!



BOOK NCAA FINAL FOUR HOTELS now! Click here to book!

# OlympicsBestHotels.com

**Kelly Maser**

| | |
|---|---|
| **From:** | Carol Gross |
| **Sent:** | Monday, August 24, 2009 11:28 AM |
| **To:** | Kelly Maser |
| **Subject:** | FW: olympicsbesthotels.com AND Superbowl-rooms.com |
| **Categories:** | Internet Storefront |

**Attachments:** Fax.Yahoo.Notice of Trademark Infringement.doc; OLYMPICSBESTHOTELS.com.draft C&D.doc

Alan Bachand controls both of these sites.
The Superbowl-rooms appears to be disconnected.

OlympicsBestHotels is active once again. I have written to Yahoo.com and had it disabled several times (I think it was 3). Each time, he re-lists the domain. It is currently residing with Yahoo.
I contacted Alan Bachand by telephone today and was told that his attorney did not believe that the USOC can prevent him from registering an Olympic domain. I was pleased to know he has an attorney, and request their contact information so we can deal directly with them. Bachand stated that all Olympic references have been removed from the web site at our request. He said that we needed to submit our concerns (again) in writing. If you agree, I would think that this communication should come from you this time (see attached draft). They are really driving us to file a UDRP. Here are the continuing problems with this site:

**HOMEPAGE**
Olympic terminology in domain AND as a part of the email address
BOOK VANCOUVER 2010 Olympics hotels now
Olympics hotels and accommodations
Olympics Best Luxury and Affordable Hotels
Vancouver 2010 Olympics Hotels
London 2012
Buy and Sell your Olympics Hotels here

**2010 Olympics Hotels link**
Olympics Hotels Vancouver 2010
2010 Olympic Rate

CAROL GROSS
UNITED STATES OLYMPIC COMMITTEE
One Olympic Plaza, Colorado Springs, CO 80909
T 719.866.4538  F 719.866.4694  C 719.331.8409
carol.gross@usoc.org  www.usolympicteam.com

**From:** Carol Gross
**Sent:** Tuesday, April 14, 2009 2:03 PM
**To:** 'Alan D. Bachand'
**Cc:** Kelly Maser; Ruby J. Haddock
**Subject:** RE: olympicsbesthotels.com AND Superbowl-rooms.com

Dear Mr. Bachand,

I respectfully beg to differ. Whatever changes you have made were superficial, and did not come close to meeting our request to refrain from using Olympic trademarks to promote the services of either OLYMPICSBESTHOTELS or SUPERBOWL-ROOMS. Here are the current problems that I have pointed out to you, and that continue to infringe upon the USOC's federally protected rights with respect to the two domains under your control:

## SUPERBOWL-ROOMS
There is an OLYMPIC link button on the homepage of the Superbowl-Rooms web site. It directs you to the graphic (below) that features the following trademarks: OLYMPICS, Vancouver 2010 Olympic Logo, a guarantee of Olympic tickets, use of the trademark VANCOUVER 2010, VANCOUVER 2010 OLYMPICS to advertise hospitality services during the Olympic Games, and an opportunity to procure Summer Olympics Tickets

8/25/2009



## OLYMPICSBESTHOTELS

Use of the word OLYMPIC as a part of the domain name, Use of the trademark OLYMPIC and VANCOUVER,
VANCOUVER 2010, LONDON 2012, SOCHI 2014 throughout the web site, and in banner headlines such as:

# OlympicsBestHotels.com

### Email ALL your request to
### hotels@OlympicsBestHotels.com
### or call 1-478-737-2695

## Book your VANCOUVER 2010 OLYMPICS HOTELS and Condos...

CAROL GROSS
UNITED STATES OLYMPIC COMMITTEE
One Olympic Plaza, Colorado Springs, CO  80909
T 719.866.4536   F 719.866.4694   C 719.331.8409
carol.gross@usoc.org   www.usolympicteam.com

**From:** Alan D. Bachand [mailto:abachand@yahoo.com]
**Sent:** Tuesday, April 14, 2009 12:37 PM
**To:** Carol Gross
**Subject:** RE: olympicsbesthotels.com

Dear Mrs. Gross,

We have taken ALL the Olympics logo or images as discussed a long time ago!  What else do you want us to do?

Regards,

Alan D. Bachand
**Cell:** 917-224-1231, **Office:** 772-409-2214
Alan@14SB.com

8/25/2009



**SUPERBOWL-ROOMS.COM**
Alan D. Bachand
6002 Arlington Way, Fort Pierce, FL 34951
NYC Mobile: 917-224-1231, 1-7SB-HOT-ROOMS or 772-409-2214

**From:** Carol Gross [mailto:Carol.Gross@usoc.org]
**Sent:** Tuesday, April 14, 2009 2:17 PM
**To:** abachand@yahoo.com; chantal.veilleux@yahoo.com
**Cc:** Kelly Maser; Ruby J. Haddock
**Subject:** FW: olympicsbesthotels.com

To Whom It May Concern:

The USOC is in the process if contacting your web host to expose the bad faith actions you have exhibited in attempting to host this Olympic domain without permission, and to prevent consumers from accessing it. Please contact me IMMEDIATELY to discuss the next steps the USOC intends to take to enforce its trademark rights under federal legislation.
CAROL GROSS
UNITED STATES OLYMPIC COMMITTEE
One Olympic Plaza, Colorado Springs, CO 80909
719.331.8409
carol.gross@usoc.org  www.usolympicteam.com

**From:** Carol Gross
**Sent:** Friday, February 27, 2009 10:48 AM
**To:** 'abachand@yahoo.com'
**Cc:** 'Chantal Veilleux'; Kelly Maser; Ruby J. Haddock
**Subject:** olympicsbesthotels.com

Dear Alan,

Thank you for taking my call today. This will address the USOC's request to remove all Olympic trademarks and imagery from any domain name under your control, and in promotion of the services that you provide to sell hotel accommodations to Olympic fans during the 2010 Winter Olympic Games in Vancouver. As we discussed, first and foremost, you may not register any domain name that features Olympic trademarks, namely the trademark OLYMPIC, or the mark Vancouver 2010. In doing so, you are creating an unauthorized connection between the services you offer and the upcoming Olympics. Because you are not in any way affiliated with the Vancouver Olympic Committee or the United States Olympic Committee, you may not use Olympic marks in your domain name or otherwise to advertise your business. Although your business appears to be headquartered in Canada, the USOC contacted you because you have registered this Olympic domain name within the territory of the USOC as having a Registrant address in Fort Pierce, FL. The USOC is responsible for the misuse of Olympic trademarks within this jurisdiction. Offhandedly, you expressed your desire to re-register the OLYMPICSBESTHOTELS in Jamaica, thus moving the registration venue outside the authority of the USOC. Please be advised that Olympic terminology is trademarked by other National Organizing Committees, as well as by the International Olympic Committee, and any attempt to circumvent the jurisdictional authority in this manner will be referred to the International Olympic Committee for their further handling.

I would like to suggest that you simply select another domain name that does not contain the intellectual property of the USOC. Once that is in place, I will review the content of your web site and other advertisements to assist you in creating promotional materials that do not infringe on our Olympic trademarks, namely the word OLYMPIC, the phrase VANCOUVER 2010, and statements such as "Olympic room rates". Please have a plan of action in place by Wednesday, at which time you agreed to contact me to discuss this matter further. I can be reached at 719-331-8409.

Very sincerely,
CAROL GROSS
UNITED STATES OLYMPIC COMMITTEE
One Olympic Plaza, Colorado Springs, CO 80909
T 719.866.4538  F 719.866.4694  C 719.331.8409
carol.gross@usoc.org  www.usolympicteam.com

8/25/2009

SuperHotelRooms.com - 1-772-HOT-ROOMS

SUPER BOWL HOTEL ROOMS
SPECIALISTS FOR OLYMPICS,
FINAL FOUR & MAJOR EVENTS!

 

BOOK
NOW

# XLVI Super Bowl Hotels



Over 450 Greater INDIANAPOLIS area SUPER BOWL XLVI HOTEL ROOMS SUPER BOWL
PLACES TO STAY available for Super Bowl XLVI in INDIANAPOLIS, INDIANA. Click on the
link for more details or CALL NOW!! 1-772-HOT-ROOMS

BOOK
NOW

# MASTERS HOTELS



This major golf tournament is played annually at the Augusta National Golf Club. BOOK YOUR
MASTERS HOTEL ROOMS NOW! JUST CALL 1-772-HOT-ROOMS!!

BOOK
NOW

# KENTUCKY DERBY 2011 HOTELS



The 2011 Kentucky Derby will be run on May 7, 2011 at Churchill Downs. BOOK YOUR KENTUCKY DERBY HOTEL ROOMS NOW! JUST CALL 1-772-HOT-ROOMS!!

BOOK
NOW

# FIFA World Cup Brazil 2014 Hotels



The 2014 FIFA World Cup will be the 20th FIFA World Cup, an international association football tournament that is scheduled to take place in June and July 2014 in Brazil. Click on the link for more information or CALL NOW!! 1-772-HOT-ROOMS

BOOK
NOW

# London 2012 Olympics hotels



We offer a wide variety of hotel packages to fit every budget and you can book now! We offer affordable and luxury olympics hotel rooms. Click on the link for more details or CALL NOW!! 1-772-HOT-ROOMS.

BOOK
NOW

# NCAA Final Four Hotels



The NCAA Men's Division I Basketball Tournament will involve 68 schools playing in a single-elimination tournament to determine the national champion of men's NCAA Division I college basketball. Book you NCAA Final Four Hotels and Packages NOW! Get great deals while they last! Click on the link for more information or CALL NOW!! 1-772-HOT-ROOMS

GOOD
NEWS

# We Offer...

Olympics Hotel rooms, Final Four Hotel rooms, Masters Hotel rooms, PGA Events, Kentucky Derby hotel rooms, NASCAR hotel rooms & F1 GP Racing, College Bowl, SUPERBOWL hotel rooms and more PLACES TO STAY. SuperHotelRooms.com and it's partners sell and buy hotel rooms, apartments, motels, condos, private homes, houses, lodging and hospitality for SuperBowl, NCAA Final Four Hotel rooms, Masters, PGA hotel rooms, Ryder Cup hotel rooms, Daytona 500 hotel rooms, F1, NCAA College Bowls, Super Bowl accommodations, NASCAR hotels, Olympics... HOTEL ROOMS... We have SuperBowl Hotel rooms, PLACES TO STAY, we find Superbowl hotel rooms and we buy pre-paid SuperBowl Hotel rooms reservations... AND MUCH MORE

GOOD
NEWS

# Super Bowl News



**Super Bowl News**
SuperHotelRooms.com

**Big Blue View :: NFL Notebook, SB Nation Style**
about 1 hour ago - Sports Blogs

**Favre: Done with football, not sure what's next**
about 1 hour ago - Washington Times - David Brandt

GOOD
NEWS

# Masters News

**Masters News**
SuperHotelRooms.com

**NBA Finals give ABC best summer ratings in decade**
34 minutes ago - Allentown Morning Call

**Orioles pitching coach Connor resigns**
28 minutes ago - Allentown Morning Call

Get Your News Widget

GOOD
NEWS

# FIFA World Cup Brazil 2014 News

GOOD
NEWS

# Olympics News

| Olympics News |
| SuperHotelRooms.com |

**US skater Wagner switches to Sasha Cohen's coach (AP)**
2 hours ago - Yahoo!

**U.S. skater Wagner switches to Cohen's coach**
about 1 hour ago - ESPN - Associated Press

**Terrelle Pryor apologizes to Ohio State for role in football scandal**
about 1 hour ago - Baltimore Sun

GOOD
NEWS

# Super Bowl History

The Super Bowl is the championship game of the NFL, that is played between the winner from the AFC and NFC. The first Super Bowl was played on January 15th, 1967 as the game to determine the Champion between the AFL and NFL. The Green Bay Packers won, and Bart Starr was named MVP of Super Bowl I.

A condition of the AFL-NFL Merger was that the winners of each leagues championship game would meet to determine the world champion of American football. But after the NFL's Green Bay Packers convincingly won the first two Super Bowls, some team owners feared that AFL teams could compete with their NFL counterparts. That all changed with perhaps the biggest upset in Super Bowl history, the AFL's New York Jets, led by Joe Namath, defeated the Baltimore Colts in Super Bowl III in Miami. The next year, the AFL's Kansas City Chiefs defeated the NFL's Minnesota Vikings 23-7 and won Super Bowl IV in New Orleans. Since the leagues merged into one in 1970, the Super Bowl has featured the champions of the AFC and NFC.

The team who wins the Super Bowl receives the Vince Lombardi Trophy, named for the coach of the Green Bay Packers, who won the first two Super Bowl games. Following his death in September 1970, the trophy was named the Vince Lombardi Trophy.

It is estimated that some 130-140 million people tune in to watch, at least, some part of the Super Bowl.

GOOD
NEWS

# Masters History

Looking to provide a service to the game, Bobby Jones and Clifford Roberts decided to host an annual tournament at Augusta National, the Club they co-founded in 1933. They made the final decision at a meeting in New York at the office of Club member W. Alton Jones. Roberts proposed that the event be called the Masters Tournament, but Jones objected, considering it presumptuous. The name Augusta National Invitation Tournament was adopted, and the title was used for five years until 1939 when Jones relented and the name was officially changed to the Masters. Another early issue was whether Jones would play in the Tournament or serve as an official. Jones preferred not to compete, but the Club's members persuaded him to join the field. In the 12 Masters he played, his best finish was 13th in 1934.

Many innovative policies Jones and Roberts started early on remain in place today. These include: playing 18 holes on each of four days instead of 36 holes on the third and final day, as was standard at the time; eliminating qualifying rounds; and denying permission for anyone except players and caddies to be inside the playing area. Also, the Club provided a complimentary pairing sheet and a spectator booklet, and limited commercialization of the Tournament in any form.

The first Masters began on March 22, 1934, and was won by Horton Smith. In the fall of that year, the course's two nines were reversed. Beginning in 1940, the Masters was scheduled each year during the first full week in April. The most famous shot ever made at the Masters happened in 1935 when Gene Sarazen holed a four-wood approach from 235 yards out for a double eagle on the par-five 15th hole. Sarazen went on to tie Craig Wood and force a 36-hole playoff the following day, which Sarazen won by five strokes. In 1942, Byron Nelson defeated Ben Hogan, 69-70, in an 18-hole playoff. The Masters was not played the following three years during the war. To assist the war effort, cattle and turkeys were raised on the Augusta National grounds.

The 1950s brought two victories by Ben Hogan, and the first of four for Arnold Palmer. Palmer's 1958 win began the tradition of Amen Corner. In 1960, the Par 3 Contest was begun, and in 1966 Jack Nicklaus became the first Masters champion to defend his title successfully. During the 1970s, the two founders of the Masters Tournament passed away. Both Jones and Roberts left indelible impressions on the Masters and on the world of golf. The following decade, Spaniard Seve Ballesteros won twice and Tom Watson prevailed for his second title. In 1986, at age 46, Nicklaus surged to his record sixth Green Jacket. And in 1997, Tiger Woods broke the Tournament's four-day scoring record, which had stood for 32 years. At the 2001 Masters, Woods won his fourth consecutive professional major, and in 2002 he became only the third player to win consecutive Masters titles, after Nicklaus and Nick Faldo. In 2005, Woods became the third person to win at least four Masters

GOOD
NEWS

# FIFA World Cup History

In the early 1930s, the football World Cup was run by Jules Rimet from France. These pre-FIFA games awarded a magnificent statue to the winners of the tournament, the Golden Nike. The sculpture featured Nike of Samothrace, also known as Winged Victory, and was a visual indication that the winners were the world champions of football. Each winning team was allowed to keep the Golden Nike for four years - and if a team ever won three times they would be allowed to keep the statue forever. In 1970 Brazil was able to achieve this coveted goal, thought the award was stolen in 1983 and has yet to be recovered.

FIFA Steps In
In 1971 FIFA, the Federation Internationale de Football Association, took over the operation of the World Cup tournament. With the new organizers, a new award was created - the FIFA Cup. This trophy depicts winning players holding a golden globe above their heads in victory. Each team that wins the World Cup has the privilege of keeping the statue for four years, after which they have to pass it on to the next world championship team. Replica World Cups are made for each winning country to keep forever, though the original is passed from team to team. Winners of the FIFA World Cup also benefit financially, taking home large cash awards as well as the more symbolic trophy.

Truly a Worldwide Phenomenon
The World Cup is one of the most international tournaments played in the world today. It truly is a collection of football teams that represent several diverse nations, from Korea to England to Uruguay. The same country rarely wins the tournament two years in a row. In fact, the chances of a single country dominating the World Cup tournament for any length of time are very slim. In the nine tournaments played between 1930 and 1970, the winners were Uruguay, Italy, France, Brazil, Switzerland, Sweden, Chile, England, and Mexico.

The World Cup has always been a symbol of pride for the competing nations, and fans can become a little outrageous about the games. The popularity of football hasn't waned over the decades, and the game is probably more now than it ever has been.

# BOOK HOTELS

- FIFA World Cup Hotels
- NCAA Final Four Hotels

- Super Bowl Hotels
- Nascar Hotels
- Kentucky Derby Hotels
- Masters Hotels
- US Open Hotels
- Ryder Cup Hotels
- All-Star Games Hotels
- F1 Grand Prix Hotels
- College Bowls Hotels
- Olympics Hotels

# BOOK HOTELS

- FIFA World Cup Hotels
- NCAA Final Four Hotels
- Super Bowl Hotels
- Nascar Hotels
- Kentucky Derby Hotels
- Masters Hotels
- US Open Hotels
- Ryder Cup Hotels
- All-Star Games Hotels
- F1 Grand Prix Hotels
- College Bowls Hotels
- Olympics Hotels

# BOOK HOTELS

- FIFA World Cup Hotels
- NCAA Final Four Hotels
- Super Bowl Hotels
- Nascar Hotels
- Kentucky Derby Hotels
- Masters Hotels
- US Open Hotels
- Ryder Cup Hotels
- All-Star Games Hotels
- F1 Grand Prix Hotels
- College Bowls Hotels
- Olympics Hotels

# BOOK HOTELS

- FIFA World Cup Hotels
- NCAA Final Four Hotels
- Super Bowl Hotels
- Nascar Hotels

- Kentucky Derby Hotels
- Masters Hotels
- US Open Hotels
- Ryder Cup Hotels
- All-Star Games Hotels
- F1 Grand Prix Hotels
- College Bowls Hotels
- Olympics Hotels

# BOOK HOTELS

- FIFA World Cup Hotels
- NCAA Final Four Hotels
- Super Bowl Hotels
- Nascar Hotels
- Kentucky Derby Hotels
- Masters Hotels
- US Open Hotels
- Ryder Cup Hotels
- All-Star Games Hotels
- F1 Grand Prix Hotels
- College Bowls Hotels
- Olympics Hotels

# BOOK HOTELS

- FIFA World Cup Hotels
- NCAA Final Four Hotels
- Super Bowl Hotels
- Nascar Hotels
- Kentucky Derby Hotels
- Masters Hotels
- US Open Hotels
- Ryder Cup Hotels
- All-Star Games Hotels
- F1 Grand Prix Hotels
- College Bowls Hotels
- Olympics Hotels

# BOOK HOTELS

- FIFA World Cup Hotels
- NCAA Final Four Hotels
- Super Bowl Hotels
- Nascar Hotels
- Kentucky Derby Hotels
- Masters Hotels

- US Open Hotels
- Ryder Cup Hotels
- All-Star Games Hotels
- F1 Grand Prix Hotels
- College Bowls Hotels
- Olympics Hotels

# BOOK HOTELS

- FIFA World Cup Hotels
- NCAA Final Four Hotels
- Super Bowl Hotels
- Nascar Hotels
- Kentucky Derby Hotels
- Masters Hotels
- US Open Hotels
- Ryder Cup Hotels
- All-Star Games Hotels
- F1 Grand Prix Hotels
- College Bowls Hotels
- Olympics Hotels

# BOOK HOTELS

- FIFA World Cup Hotels
- NCAA Final Four Hotels
- Super Bowl Hotels
- Nascar Hotels
- Kentucky Derby Hotels
- Masters Hotels
- US Open Hotels
- Ryder Cup Hotels
- All-Star Games Hotels
- F1 Grand Prix Hotels
- College Bowls Hotels
- Olympics Hotels

# BOOK HOTELS

- FIFA World Cup Hotels
- NCAA Final Four Hotels
- Super Bowl Hotels
- Nascar Hotels
- Kentucky Derby Hotels
- Masters Hotels
- US Open Hotels
- Ryder Cup Hotels

- <u>All-Star Games Hotels</u>
- <u>F1 Grand Prix Hotels</u>
- <u>College Bowls Hotels</u>
- <u>Olympics Hotels</u>

OUR PARTNERS

<u>Luxury Super Bowl Hotels</u> | <u>VIP Party Tickets</u> | <u>Olympics Accommodations</u> | <u>Final Four Lodging</u> | <u>Masters PGA Hotels</u> | <u>Kentucky Derby Hotels</u> | <u>Daytona 500 Hotels</u> | <u>Ryder Cup Hotels</u> | <u>Super Bowl Luxury Hotels</u> | <u>NCAA Final Four Hotel Rooms</u> | <u>Masters Tournament Hotel Rooms</u> | <u>US Open Hotel Rooms</u> | <u>PGA Tournament Hotel Rooms</u> | <u>Ryder Cup Hotel Rooms</u> | <u>Luxury Super Bowl Hotels</u> | <u>Kentucky Derby Hotel Rooms</u> | <u>F1 Grand Prix packages</u> | <u>Daytona 500 Hotel Rooms</u> | <u>College Bowls Hotels</u> | <u>SUPER BOWL Hotels</u> | <u>Olympics Hotel Rooms</u> | <u>LONDON 2012 Olympics Hotels</u> | <u>Tailgate America Tour</u> | <u>SUPERBOWL HOTELS</u> | <u>SUPERBOWL TICKETS</u> | <u>NFL Football Tailgates</u> | <u>Olympics Hotels</u> | <u>Cheap Olympics Hotels</u> | <u>Super Bowl Sweepstakes</u> | <u>NCAA Final Four Hotels</u> | <u>Final Four accommodations</u> | <u>St. Louis Cards Tickets</u> | <u>Detroit Tigers Tickets</u> | <u>Near Stadium Hotels</u> | <u>Fan Hotels</u> | <u>Super Bowl Fan Hotels</u> | <u>Affordable Super Bowl Hotels</u> | <u>Super Bowl Packages</u> | <u>Superbowl Packages</u> | <u>Super Bowl Tickets</u> | <u>Championship Super Bowl Hotels</u> | <u>Luxury World Cup Hotels</u> | <u>Super Bowl Lodging</u> | <u>Derby Hotels</u> | <u>World cup Brazil 2014 accommodations</u> | <u>Masters Hotels</u>

© 2011 <u>SuperHotelRooms.com</u>. Valid <u>CSS</u> & <u>XHTML</u>. Template design by <u>Arcsin</u>

Superbowl Hotel Rooms | NCAA Final Four Hotel Rooms | Masters Tournament Hotels | US Open Accommodations | PGA Tournament Hotels | Daytona 500 Hotels | Superbowl-rooms.com | SUPER BOWL Hotels | superbowlrooms.com | Olympics Hotel | London 2012

**Superbow
NCAA Fina
& maj**

HOME      BOOK NOW      SUPER BOWL HOTELS      OLYMPICS HOTELS      FIFA WC

CONTACT US      THIS IS A TICKET DEALER WE HAVE FOUND NOT TO BE TRUSTWORT
DEALINGS: **MATT FROM ACETICKET.com, OUT OF BOSTON.** BEWARI

# Super Bowl Hotels Indianapolis 20



Over 450 Greater INDIANAPOLIS area SUPER BOWL XL
ROOMS SUPER BOWL PLACES TO STAY available for
XLVI in INDIANAPOLIS, INDIANA. Click on the link for mo

## 14sb.com offers you

Olympics Hotel rooms, Final Four Hotel rooms, Masters H
PGA Events, Kentucky Derby hotel rooms, NASCAR hote
F1 GP Racing, College Bowl, SUPERBOWL hotel rooms a
PLACES TO STAY. 14sb.com sells and buy hotel rooms,
motels, condos, private homes, houses, lodging and hosp
SuperBowl, NCAA Final Four Hotel rooms, Masters, PGA
rooms, Ryder Cup hotel rooms, Daytona 500 hotel rooms,
College Bowls, Super Bowl accommodations, NASCAR h
Olympics... HOTEL ROOMS... we have SuperBowl Hotel

PLACES TO STAY, we find Superbowl hotel rooms and we buy pre-paid SuperBowl Hotel rooms reservations...

## This SUPERBOWL hotel rooms site is Your best bet to find the Hotel rooms you NEED

Updated inventory of availability for the "impossible to find" dates, PLACES TO STAY! Browse through the events you want, check rates, dates, distance from events. Once you find the hotel rooms you want, call 1-4SUPER-BOWL or 1-772-HOT-ROOMS; you'll immediately receive your email confirmations!

## UPGRADE YOUR HOTEL LOCATION, GET CLOSER TO THE ACTION!

## GET ALL YOURS and YOUR COMPANY'S SUPERBOWL HOTEL ROOMS AT THE SAME HOTEL!

(We can handle PLACES TO STAY for groups of 100 or more!!!)

## <Stuck with a Hotel Room Reservation you won't use? Have extra Tickets?

Contact one of our specialists and we'll help you sell your bookings and avoid losses or make you a profit! If your event is not listed don't hesitate to ask and we'll take good care of you. We supply hospitality for all budgets; luxury accommodations, affordable, reasonable, inexpensive as well as cheap PLACES TO STAY!

## Future Super Bowl Locations

### Super Bowl XLVI, Indianapolis, Indiana -- Feb. 5, 2012

Indianapolis has been awarded Super Bowl XLVI, which will be played on Feb. 5, 2012 in Lucas Oil Stadium, it was announced at the annual NFL Spring Meeting being held in Atlanta.

### Super Bowl XLVII, New Orleans, Louisiana -- Feb. 3, 2013

Indianapolis has been awarded Super Bowl XLVII, which will be played on Febuary 3rd, 2013 in the Super Dome Stadium, it was announced at the annual NFL Spring Meeting being held in Fort Lauderdale, Florida.

# Super Bowl History

The Super Bowl is the championship game of the NFL, that is played between the winner from the AFC and NFC. The first Super Bowl was played on January 15th, 1967 as the game to determine the Champion between the AFL and NFL. The Green Bay Packers won, and Bart Starr was named MVP of Super Bowl I.

A condition of the AFL-NFL Merger was that the winners of each leagues championship game would meet to determine the world champion of American football. But after the NFL's Green Bay Packers convincingly won the first two Super Bowls, some team owners feared that AFL teams could compete with their NFL counterparts. That all changed with perhaps the biggest upset in Super Bowl history, the AFL's New York Jets, led by Joe Namath, defeated the Baltimore Colts in Super Bowl III in Miami. The next year, the AFL's Kansas City Chiefs defeated the NFL's Minnesota Vikings 23-7 and won Super Bowl IV in New Orleans. Since the leagues merged into one in 1970, the Super Bowl has featured the champions of the AFC and NFC.

The team who wins the Super Bowl receives the Vince Lombardi Trophy, named for the coach of the Green Bay Packers, who won the first two Super Bowl games. Following his death in September 1970, the trophy was named the Vince Lombardi Trophy.

It is estimated that some 130-140 million people tune in to watch, at least, some part of the Super Bowl.

## London 2012 Olympics Hotels



The 2012 Summer Olympic Games, officially known as the Games of the XXX Olympiad, are scheduled to take place in London, United Kingdom, from 27 July to 12 August 2012. London will become the first city to officially host the modern Olympic Games three times, having previously done so in 1908 and in 1948.
London was elected as the host city on 6 July 2005 during the 117th IOC Session in Singapore, defeating Moscow, New York City, Madrid and Paris after four rounds of voting. The successful bid was headed by former Olympic champion Sebastian Coe.

Click here to know more or book now!

Super Bowl Hotels 4 Luxury Olympics Hotels 1 Super Bowl Hotels Rooms Docket 05/24/2012 Page 29 of 37

## NCAA Final Four Hotels



The 2012 NCAA Men's Division I Basketball Tournament will involve 68 schools playing in a single-elimination tournament to determine the national champion of men's NCAA Division I college basketball. It is scheduled to begin on March 15, 2012 and will conclude with the championship game on April 4.

## FIFA World Cup Hotels 2014



The 2014 FIFA World Cup will be the 20th FIFA World Cup, an international association football tournament that is scheduled to take place in June and July 2014 in Brazil. It will be the first World Cup to be held in South America since the 1978 FIFA World Cup in Argentina, the first time two consecutive World Cups are staged outside Europe and the first time two consecutive World Cups are staged in the Southern Hemisphere (the 2010 FIFA World Cup was held in South Africa). Click on the link for more information.



IMPORTANT INFORMATION: Hotel rooms prices and availability are subject to change at any time. A confirmation receipt
14sb.COM reserves the right to provide upgrades on all lodging orders at no extra charge to the customer. Reservations are guaranteed no later than the
effort will be made to deliver confirmations as early as possible.

14sb.COM will not be responsible for any weather delays, event postponements, event cancellations, los
ALL SALES ARE FINAL: Due to nature of special events we cater to, there's NO CANCELLATION permitted and
Buy great Super Bowl Tickets and all NFL Tickets while they're hot!

14sb.COM is an independent, privately-owned company engaged in the service of finding and providing hotel rooms for any and all concerts, sporting,
we have any licenses or strategic alliances with, nor are we authorized by any box office, promoter, venue, theatre, stadium, hotel, sporting team or s
names used within this web site are for descriptive purposes only. We are not acting on the authority of or by the permission of any of the above mentio
through our contacts and various sources. Our prices are much higher or lower than the face value or Rack Rate. This reflects the degree of difficulty, an
accommodations.

Purchase all the best NFL tickets including New England Patriot tickets and Chicago Bears tickets. We also sell fantastic MLB baseball tickets including
Bowl tickets also sold here.

2011 © 14sb.com Design by Electric Towel Rail

OUR PARTNERS

Super Bowl Hotels - Super Bowl Hotel Rooms - Super Bowl Accomodations - Super Bowl Hotel Packages - Super Bowl Hotel Prices - SuperBowlRo
Accomodations - Olympics Hotel Rooms - Olympics Hotel Packages - Olympics Hotels London - Olympics Hotels Prices 2012 - FIFA World Cup Ho
Packages - FIFA World Cup Hotel Prices - FIFA World Cup Hotels Brazil 2014 - NCAA Final Four Hotels - NCAA Final Four Hotel Rooms - NCAA Final
NASCAR Hotels - NASCAR Hotel Packages - US Open Hotels - US Open Hotel Packages - US Open Hotel Deals - Formula One Grand Prix Hotels - M
Hotels - Ryder Cup Hotel Rooms - Ryder Cup Hotels and Packages - NFL Football Tailgate US - Hotels Close to The Stadium - Super Bowl Contests -
Tickets - Luxury World Cup Hotels - XLVI Super Bowl Hotels - Cheap Super Bowl Lodging - Book Hotels for All Major Sport Events - Super Hotels And
Cup Hotel Rooms - World Cup Stadium Hotels - www.vividseats.com



Home



2012 Olympics Hotels

Super Bowl XLVI Hotels

NCAA Final Four Hotels

PGA Events Hotels

Contact Us

## Olympics' Best Luxury and Affordable Hotels, Lodging and Accommodations

### London 2012 - Sochi 2014 - Rio 2016

### Best site for booking Winter and Summer games Lodging

You can now book all your major events hotels and lodging on one site... OLYMPICS, SUPER BOWL, NCAA FINAL FOUR, MASTERS and RYDER CUP HOTELS here at www.Best2010Hotels.com. Book early for best the best deals.

### OLYMPICS HOTELS and Accommodations...

We now have a choice of affordable and LUXURY accommodations in London and surrounding areas. Condos, Houses, Apartments and Hotels...

### Book now your Hotel and Lodging needs for any major event:

- London 2012 Summer Games.
- Sochi, Russia 2014 Olympiads, Rio 2016.
- Super Bowl XLVI in Indianapolis, Super Bowl XLVII in Indianapolis.
- Super Bowl XLVIII in New Orleans.
- NCAA Final Four in Houston, New Orleans, Atlanta.

BUY and SELL your OLYMPICS HOTEL ROOMS here - Best Hotel deals on the internet!

You can buy and sell your hotel reservations here as well as you are ready for the time and reserved of your time too. Best reserved and preference to see the Winter and Summer Olympic Games

Email ALL your request to hotels@Best2010Hotels.com call 478-737-2695



**BOOK LONDON 2012 OLYMPICS HOTELS now! Click here to book!**



**BOOK SUPER BOWL XLVI Indianapolis HOTELS now! Click here to book!**



**BOOK NCAA FINAL FOUR HOTELS now! Click here to book!**



Luxury Super Bowl Hotels | VIP Party Tickets | Olympics Accommodations | Final Four Lodging | Masters PGA Tickets | Kentucky Derby Hotels | Daytona 500 Hotels | Ryder Cup Hotels | Super Bowl Luxury Hotels| NCAA Final Four Hotel Rooms | Masters Tournament Hotel Rooms | US Open Hotel Rooms | PGA Tournament Hotel Rooms | Ryder Cup Hotel Rooms| Luxury Super Bowl Hotels | Kentucky Derby Hotel Rooms |F1 Grand Prix packages | Daytona 500 Hotel Rooms | College Bowls Hotels | SUPER BOWL Hotels | Olympics Hotel Rooms | LONDON 2012 Olympics Hotels | Tailgate America Tour | SUPERBOWL HOTELS | SUPERBOWL TICKETS | NFL Football Tailgates | Olympics Hotels | Cheap Olympics Hotels | Super Bowl Sweepstakes | NCAA Final Four Hotels | Final Four accommodations | St. Louis Cards Tickets

Detroit Tickets Tickets | Near Stadium Hotels | Fan Hotels | Super Bowl Fan Hotels | Affordable Super Bowl Hotels | Super Bowl Packages | Superbowl Packages | Super Bowl Tickets | Championship Super Bowl Hotels | Luxury World Cup Hotels | Super Bowl Lodging | Derby Hotels | World cup Brazil 2014 accommodations | Masters Hotels

## NEED AN OLYMPIC HOTEL?

If you are planning on being one of the many lucky spectators at the 2012 Olympic Games in London there is no doubt that you are already itching with excitement. Although the games themselves might be a year or so away, you may have forgotten that (unless you live in London) there really is so much to be planned; the most important of which is accommodation. You may worry that it will take forever to find the perfect Olympic hotel to stay in, after all you might need to search for hotels first and discover whether or not they are of a good enough quality.

It can be quite difficult to really judge Olympics hotels from a few pictures and descriptions posted over the internet. You may get there and realize that you have just made the worst mistake and have ended up somewhere that you only imagined in your worst nightmares. You also need to beware of overcharging and other such issues that might arise.

If you haven't booked your hotel for the Olympics yet, and have reached this paragraph; reading on will offer you the solution to all your Olympic hotels problems. Best2010Hotels.com is the place to look when you have run out of options. Here you will find only the best Olympics packages and rates to suit your needs and bank account balance.

## LOCATION, LOCATION, LOCATION...

At Best2010Hotels.com you will find an assortment of Olympic hotels that are located in just the right places, all a stone's throw away from the Games. Only the most respected Olympics hotels in London are listed. No matter who you are or what your budget allows, you will be sure to find the accommodation that is best suited to you.

The Olympics packages detailed on the list at Best2010Hotels.com are detailed enough to not warrant further investigation. Simply browsing through the list will give you enough information to base your decision on. From the number of bedrooms in the hotel to the exact location and all other bits and bobs in between, you will be able to find your own little haven just in time for your exciting trip.

Whether you want to book for the summer or winter Olympics, this is the best site for you to find that one Olympic hotel which promises you everything you could dream of and so much more.

## CONTACT

If you have any queries concerning the Olympics packages on the site, simply send an email to info@Best2010Hotels.com or call 1-478-737-2695. All your requests and questions will receive the due attention they require.

Super Bowl Hotels - Super Bowl Hotel Rooms - Super Bowl Accomodations - Super Bowl Hotel Packages - Super Bowl Hotel Prices - SuperBowlRooms.com - Super Bowl Lodging - Olympics Hotels - Olympics Accomodations - Olympics Hotel Rooms - Olympics Hotel Packages - Olympics Hotels London - Olympics Hotels Prices 2012 - FIFA World Cup Hotels - FIFA World Cup Hotel Rooms - FIFA World Cup Hotel Packages - FIFA World Cup Hotel Prices - FIFA World Cup Hotels Brazil 2014 - NCAA Final Four Hotels - NCAA Final Four Hotel Rooms - NCAA Final Four Hotel Packages - Kentucky Derby Hotels - Masters Hotels - NASCAR Hotels - NASCAR Hotel Packages - US Open Hotels - US Open Hotel Packages - US Open Hotel Deals - Formula One Grand Prix Hotels - Masters Hotel Rooms - NBA All Star Hotel Package - NBA All Star Hotels - Ryder Cup Hotel Rooms - Ryder Cup Hotels and Packages - NFL Football Tailgate US - Hotels Close to The Stadium - Super Bowl Contests - Finals Hotel Rooms - Golf Quebec Plus - Cards Tickets - Tigers Tickets - Luxury World Cup Hotels - XLVI Super Bowl Hotels - Cheap Super Bowl Lodging - Book Hotels for All Major Sport Events - Super Hotels And Tickets - Sports Hotels and Packages - Brazil 2014 FIFA World Cup Hotel Rooms - World Cup Stadium Hotels

Case 1:12-cv-04486-PKC   Document   Filed 06/14/12   Page 33 of 37



**TheFinalsHotels.com**

| SUPER BOWL HOTELS | OLYMPICS | NCAA FINAL FOUR HOTELS | FIFA WORLD CUP | PGA HOTELS |
|---|---|---|---|---|



**Hotels for Super Bowl and all major events**

Worl...

SUPE...
OLYM...
NCAA...
FIFA ...
KENT...
MAST...
RYDE...
DAYT...

Case 1:12-cv-04186-KMW Document 1-8 Entered on FLSD Docket 30/14/2012    Page 34 of 37

**SUPER BOWL XLVI HOTELS**            **HOTELS FOR RACE FANS**



Over 450 Greater INDIANAPOLIS area
**SUPERBOWL XLVI HOTEL ROOMS**
PLACES TO STAY available for
SuperBowl XLV in INDIANAPOLIS,
INDIANA!

Hotels are sold out and can only be
booked through us; do not be surprise if
you try to call the hotel direct and have no
availability: call us at (917) 224 1231 or
DIAL 1-4SUPER-BOWL.

Click Here



**FIFA WORLD CUP
BRAZIL 2014**
Book your FIFA Hotels now
for Brasil 2014. Make
reservations early to assure
of the Best Locations!



**NASCAR HOTELS**
List of official Nextel
cup/Nascar speedways,
raceways and racetrack's
official websites...
Click here



The Finals Hotels
Phone: (917) 224 1231. Email: hotels@14sb.com

Home    Super Bowl Hotels    Olympics Hotels    NCAA Final Hotels    FIFA World Cup Hotels    Kentucky Derby Hotels

Copyright © 2012 The Finals Hotels. All Rights Reserved.
Disclaimer



**HOME**          **BOOK HOTELS**          **LINK TO US**          **CONTACT US**





**Book Super Bowl Hotels »**          **Book Olympics Hotels »**

## Hotel Rooms for Sport Events

SuperHotelsBowl.com offers a wide variety of **hotel rooms** for sport events, and we offer both luxury and affordable accomodations. We have **Super Bowl Hotel Rooms, Olympics Hotel Rooms, Fifa World Cup Hotel Rooms, and Much More!**.

Including: **NCAA Final Four Hotels – NASCAR Hotels – Kentucky Derby Hotels – US Open Hotels – College Bowls Hotels – Formula One (F1) Grand Prix Hotels – Masters Hotels – All Star Game Hotels – Ryder Cup Hotels**

## Super Bowl ticket holders face tough legal battle, experts say



Super Bowl ticket holders who have sued the Dallas Cowboys and NFL for damages related to February's seating fiasco in Arlington don't have much of a case, say legal experts who aren't associated with the matter.

That's because the league has offered substantial refunds to those who were displaced due to more than 1,000 seats that weren't ready by game time at Cowboys Stadium.

On Thursday, attorneys for the Cowboys and NFL filed a motion to dismiss the lawsuit, which seeks damages that exceed $5 million.

"There's nothing the plaintiffs want that the NFL hasn't pretty much given them," said Jeffrey Standen, professor of sports law at the Willamette University College of Law in Oregon. He also runs a blog called the Sports Law Professor.

About 1,250 temporary seats weren't ready in time for kickoff, which left about 400 ticket holders standing.

The NFL has offered to give the standing fans at least $5,000 -- and potentially more if their game-related expenses were higher.

Original Source

## T.H. airport gears up for Super Bowl



TERRE HAUTE, Ind. (WTHI) - Even though its nine months away, planning is in full swing for Super Bowl 2012 in Indianapolis.

With people traveling from all over to see the big game, the Indianapolis International Airport is looking for support to deal with extra planes.

The Terre Haute International Airport is one of 17 airports involved in the Super Bowl Aviation subcommittee.

These airports either have a 50-mile flight radius or an hour and a half drive time from Indianapolis.

Surrounding airports are being ranked in terms of the equipment it has, especially de-icing capabilities since the game takes place in February, and you never know what the weather might be.
Original Source

## Uncertainty is the Theme as N.F.L. Owners Convene



INDIANAPOLIS - In a normal year, the spring meeting of N.F.L. team owners includes the selection of a Super Bowl city.
But in a sign of the uncertainty surrounding the N.F.L. this spring, the vote on the site for 2015 has been postponed until the fall. When the owners gather Tuesday and Wednesday for their meeting, their conversation will center on if - and when - the 2011 season will be played.
Original Source

Copyright © 2012 - All Rights Reserved - SuperHotelsBowl.com    Contac

**OUR PARTNERS**

Luxury Super Bowl Hotels | VIP Party Tickets | Olympics Accommodations | Final Four Lodging | Mas
Daytona 500 Hotels | Ryder Cup Hotels | Super Bowl Luxury Hotels| NCAA Final Four Hotel Rooms | M
Hotel Rooms | PGA Tournament Hotel Rooms | Ryder Cup Hotel Rooms| Luxury Super Bowl Hotels |
Derby Hotel Rooms | Daytona 500 Hotel Rooms | College Bowls Hotels | SUPER BOWL Hotels | Olymp
Hotels | Tailgate America Tour | SUPERBOWL HOTELS | SUPERBOWL TICKETS | NFL Football Tailgates
| Super Bowl Sweepstakes | NCAA Final Four Hotels | Final Four accommodations | St. Louis Cards Tic
Hotels | Fan Hotels | Super Bowl Fan Hotels | Affordable Super Bowl Hotels | Super Bowl Packages | S
Championship Super Bowl Hotels |Luxury World Cup Hotels |Super Bowl Lodging |Derby Hotels |World
Hotels